UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESLIE GRIFFITH,

        Plaintiff,

v.

PAUL BARNES, *et al.*,

        Defendants.

Case No: 1:06CV01648 (HHK)

### PRAECIPE

The Clerk of the Court will please note the appearance of <u>Keba U. Riley</u> as counsel in this case for Plaintiff, Leslie Griffith.

DATED: October 10, 2006

    Respectfully submitted,

    _____/s/_Keba U. Riley_____
    Keba U. Riley (DC Bar No. 494993)
    1440 New York Avenue, NW
    Washington, DC 20005
    Telephone: (202) 371-7000

    *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2006, a copy of the foregoing Praecipe was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

PAUL BARNES,
12512 Woodsong Lane
Bowie, Maryland 20721

MICHAEL BROWN,
14501 Pleffner Court
Bowie, Maryland 20720

IREIS, L.L.C.,
12512 Woodsong Lane
Bowie, Maryland 20721

                                                    /s/ Keba U. Riley
                                                   Keba U. Riley