AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Leslie Griffith, Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Paul Barnes, et al, Defendants      CASE:

CASE NUMBER 1:06CV01648

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 09/25/2006

TO: (Name and address of Defendant)

IREIS, L.L.C.
12512 Woodsong Lane
Bowie, Maryland  20721

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew L. Sandler
Keba U. Riley
1440 New York Avenue, NW
Washington, D.C.  20005

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    SEP 2 5 2006
_____                _____
CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10-5-06   9:20pm |
| NAME OF SERVER (PRINT) Andre W. Beyh | TITLE process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 12512 Woodsong Lane, Bowie, MD 20721

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-9-06
_____
Date

_____
Signature of Server

1115 Mass Ave, NW  WDC
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.