## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESLIE GRIFFITH, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 1:06CV01648 |
| PAUL BARNES, *et al.* | * | |
| Defendants. | * | |

**************************************************************************

### ANSWER OF DEFENDANT MICHAEL BROWN

Defendant Michael Brown ("Brown"), by his undersigned attorney, answers the Complaint to Obtain Damages, Equitable, Declaratory and Injunctive Relief of Plaintiff Leslie Griffith, as follows:

### FIRST DEFENSE

As to each numbered paragraph of the Complaint, Defendant Brown responds as follows:

1. Paragraph 1 does not state allegations of fact; but instead, highly inflammatory generalized comments without any factual basis whatsoever as to Defendant Brown. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 1.

2. Defendant Brown denies the allegations contained in Paragraph 2.

3. Defendant Brown denies the allegations contained in Paragraph 3.

4. Defendant Brown denies the allegations contained in Paragraph 4.

5. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 5, and therefore denies the allegations contained in Paragraph 5.

6. In response to Paragraph 6, Defendant Brown admits that he purchased 2619 Newton Street, N.E. Washington, D.C. 20018 at Defendant Barnes' request and is listed as the seller of said property to Pamela Davis. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in Paragraph 6 to the extent such allegations pertain to the other Defendants, and denies all allegations contained in Paragraph 6 to the extent such allegations refer to him.

7. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 7 to the extent such allegations pertain to the other Defendants, and denies all allegations contained in Paragraph 7 to the extent such allegations refer to him.

8. Paragraph 8 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 8.

9. Paragraph 9 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 9.

2

10. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 10, and therefore denies the allegations contained in Paragraph 10.

11. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 11, and therefore denies the allegations contained in Paragraph 11.

12. Defendant Brown admits the allegations contained in Paragraph 12.

13. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 13, and therefore denies the allegations contained in Paragraph 13.

14. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 14, and therefore denies the allegations contained in Paragraph 14.

15. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 15, and therefore denies the allegations contained in Paragraph 15.

16. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 16, and therefore denies the allegations contained in Paragraph 16.

17.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 17, and therefore denies the allegations contained in Paragraph 17.

18.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 18, and therefore denies the allegations contained in Paragraph 18.

19.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 19, and therefore denies the allegations contained in Paragraph 19.

20.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 20, and therefore denies the allegations contained in Paragraph 20.

21.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 21, and therefore denies the allegations contained in Paragraph 21.

22.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 22, and therefore denies the allegations contained in Paragraph 22.

23.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 23, and therefore denies the allegations contained in Paragraph 23.

24.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 24, and therefore denies the allegations contained in Paragraph 24.

25.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 25, and therefore denies the allegations contained in Paragraph 25.

26.  In response to Paragraph 26, Defendant Brown admits that he purchased 2619 Newton Street, N.E. Washington, D.C. 20018 at Defendant Barnes' request.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in Paragraph 26 to the extent such allegations pertain to the other Defendants, and denies all other allegations contained in Paragraph 26 to the extent such allegations refer to him.

27.  In response to Paragraph 27, Defendant Brown admits that he has never met the Plaintiff, and denies all other allegations contained in Paragraph 27.

28.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 28, and therefore denies the allegations contained in Paragraph 28.

29.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 29, and therefore denies the allegations contained in Paragraph 29.

30. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 30, and therefore denies the allegations contained in Paragraph 30.

31. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 31, and therefore denies the allegations contained in Paragraph 31.

32. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 32, and therefore denies the allegations contained in Paragraph 32.

33. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 33, and therefore denies the allegations contained in Paragraph 33.

34. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 34, and therefore denies the allegations contained in Paragraph 34.

35. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 35, and therefore denies the allegations contained in Paragraph 35. Defendant Brown further states that neither Defendant Barnes nor Defendant IREIS was authorized to act as his agent for any purpose at any time.

36.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 36, and therefore denies the allegations contained in Paragraph 36.

37.  In response to Paragraph 37, Defendant Brown admits that he is listed as the seller of 2619 Newton Street, N.E., Washington, D.C. 20018 to Pamela Davis, and denies all other allegations contained in Paragraph 37.

38.  In response to Paragraph 38, Defendant Brown states that he did not advise Plaintiff Griffith that he intended to sell 2619 Newton Street, N.E., Washington, D.C. 20018 or provide her an opportunity to purchase same because he was completely unaware of the situation regarding Plaintiff Griffith as alleged in the Complaint until he was served with the Complaint in this case. Defendant Brown denies all other allegations contained in Paragraph 38.

39.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 39, and therefore denies the allegations contained in Paragraph 39.  Defendant Brown further states that neither Defendant Barnes nor Defendant IREIS was authorized to act as his agent for any purpose at any time.

40.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 40, and therefore denies the allegations contained in Paragraph 40.  Defendant Brown further states that he had no knowledge that a Landlord Tenant Court action was filed in his name, that he did not agree to a dismissal of the alleged Landlord Tenant Court Action, and that neither Defendant Barnes nor Defendant IREIS was authorized to act as his agent for any purpose at any time.

7

41. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 41, and therefore denies the allegations contained in Paragraph 41.

42 Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 42, and therefore denies the allegations contained in Paragraph 42.

43. In response to Paragraph 43, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 42 herein.

44. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 44, and therefore denies the allegations contained in Paragraph 44.

45. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 45, and therefore denies the allegations contained in Paragraph 45.

46. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 46, and therefore denies the allegations contained in Paragraph 46.

47. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 47, and therefore denies the allegations contained in Paragraph 47.

48. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 48, and therefore denies the allegations contained in Paragraph 48.

49. Paragraph 49 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 49.

50. Paragraph 50 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 50.

51. Paragraph 51 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 51.

52. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 52, and therefore denies the allegations contained in Paragraph 52.

53. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 53, and therefore denies the allegations contained in Paragraph 53.

54. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 54, and therefore denies the allegations contained in Paragraph 54.

55. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 55, and therefore denies the allegations contained in Paragraph 55.

56. In response to Paragraph 56, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 55 herein.

57. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 57, and therefore denies the allegations contained in Paragraph 57.

58. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 58, and therefore denies the allegations contained in Paragraph 58.

59. In response to Paragraph 59, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 58 herein.

60. In response to Paragraph 60, Defendant Brown admits he executed a deed to convey title to Pamela S. Davis and denies all other allegations contained in Paragraph 60.

61. In response to Paragraph 61, Defendant Brown states that the deed referenced therein speaks for itself and denies all other allegations contained in Paragraph 61.

62. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 62, and therefore denies the allegations contained in Paragraph 62.

10

63. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 63, and therefore denies the allegations contained in Paragraph 63.

64. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 64, and therefore denies the allegations contained in Paragraph 64. Defendant Brown further states that he had no knowledge that a Landlord Tenant Court action was filed in his name and that neither Defendant Barnes, Defendant IREIS nor the "Defendant's Counsel" referenced in Paragraph 64 was authorized to act as his agent for any purpose at any time.

65. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 65, and therefore denies the allegations contained in Paragraph 65.

66. Paragraph 66 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 66.

67. Paragraph 67 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 67.

68. Paragraph 68 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 68.

69. Defendant Brown denies the allegations contained in Paragraph 69.

70. Defendant Brown denies the allegations contained in Paragraph 70.

71. In response to Paragraph 71, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 70 herein.

72. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 72, and therefore denies the allegations contained in Paragraph 72.

73. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 73, and therefore denies the allegations contained in Paragraph 73.

74. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 74, and therefore denies the allegations contained in Paragraph 74.

75. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 75, and therefore denies the allegations contained in Paragraph 75.

76. In response to Paragraph 76, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 75 herein.

77. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 77, and therefore denies the allegations contained in Paragraph 77.

12

78. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 78, and therefore denies the allegations contained in Paragraph 78.

79. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 79, and therefore denies the allegations contained in Paragraph 79.

80. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 80, and therefore denies the allegations contained in Paragraph 80. Defendant Brown further states that neither Defendant Barnes nor Defendant IREIS was authorized to act as his agent for any purpose at any time.

81. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 81, and therefore denies the allegations contained in Paragraph 81.

82. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 82, and therefore denies the allegations contained in Paragraph 82.

83. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 83, and therefore denies the allegations contained in Paragraph 83.

13

84. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 84, and therefore denies the allegations contained in Paragraph 84.

85. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 85, and therefore denies the allegations contained in Paragraph 85.

86. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 86, and therefore denies the allegations contained in Paragraph 86.

87. In response to Paragraph 87, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 86 herein.

88. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 88, and therefore denies the allegations contained in Paragraph 88.

89. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 89, and therefore denies the allegations contained in Paragraph 89.

90. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 90, and therefore denies the allegations contained in Paragraph 90.

91. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 91, and therefore denies the allegations contained in Paragraph 91.

92. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 92, and therefore denies the allegations contained in Paragraph 92.

93. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 93, and therefore denies the allegations contained in Paragraph 93.

94. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 94, and therefore denies the allegations contained in Paragraph 94.

95. In response to Paragraph 95, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 94 herein.

96. Paragraph 96 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 96.

97. Defendant Brown denies the allegations contained in Paragraph 97.

98. Defendant Brown denies the allegations contained in Paragraph 98.

15

99. Paragraph 99 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 99.

100. Defendant Brown denies the allegations contained in Paragraph 100.

101. Paragraph 101 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 101.

102. Defendant Brown denies the allegations contained in Paragraph 102.

103. Paragraph 103 does not state allegations of fact; but instead, general legal conclusions. Accordingly, no response by Defendant Brown is required. To the extent it may be deemed that a response is required, Defendant Brown denies the allegations contained in Paragraph 103.

104. Defendant Brown denies the allegations contained in Paragraph 104.

105. Defendant Brown denies the allegations contained in Paragraph 105.

106. Defendant Brown denies the allegations contained in Paragraph 106.

107. Defendant Brown denies the allegations contained in Paragraph 107.

108. Defendant Brown denies the allegations contained in Paragraph 108.

109. Defendant Brown denies the allegations contained in Paragraph 109.

110. Defendant Brown denies the allegations contained in Paragraph 110.

111.  Defendant Brown denies the allegations contained in Paragraph 111.

112.  Defendant Brown denies the allegations contained in Paragraph 112.

113.  In response to Paragraph 113, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 112 herein.

114.  In response to Paragraph 114, Defendant Brown states that the deed referenced therein speaks for itself and denies all other allegations contained in Paragraph 114.

115.  Defendant Brown denies the allegations contained in Paragraph 115.

116.  Defendant Brown denies the allegations contained in Paragraph 116.

117.  Defendant Brown denies the allegations contained in Paragraph 117.

reference his answers contained in Paragraphs 1 through 112 herein.

118.  In response to Paragraph 118, Defendant Brown states that the deed referenced therein speaks for itself and denies all other allegations contained in Paragraph 118.

119.  Defendant Brown denies the allegations contained in Paragraph 119.

120.  Defendant Brown denies the allegations contained in Paragraph 120.

121.  In response to Paragraph 121, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 120 herein.

122.  Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 122, and therefore denies the allegations contained in Paragraph 122.

123. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 123, and therefore denies the allegations contained in Paragraph 123.

124. Defendant Brown denies the allegations contained in Paragraph 124.

125. Defendant Brown denies the allegations contained in Paragraph 118.

126. Defendant Brown denies the allegations contained in Paragraph 119.

127. In response to Paragraph 127, Defendant Brown adopts and incorporates by reference his answers contained in Paragraphs 1 through 126 herein.

128. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 128, and therefore denies the allegations contained in Paragraph 128.

129. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 129, and therefore denies the allegations contained in Paragraph 129.

130. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 130, and therefore denies the allegations contained in Paragraph 130.

131. Defendant Brown lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Paragraph 131, and therefore denies the allegations contained in Paragraph 131.

18

132.  In response to Paragraph 132, Defendant Brown states that the Plaintiff is not entitled to any relief from him and denies all other allegations contained in Paragraph 132.

133.  In response to Paragraph 133, Defendant Brown states that the Plaintiff is not entitled to any relief from him and denies all other allegations contained in Paragraph 133.

134.  In response to Paragraph 134, Defendant Brown states that the Plaintiff is not entitled to any relief from him and denies all other allegations contained in Paragraph 134.

135.  In response to Paragraph 135, Defendant Brown states that the Plaintiff is not entitled to any relief from him and denies all other allegations contained in Paragraph 135.

136.  In response to Paragraph 136, Defendant Brown states that the Plaintiff is not entitled to any relief from him and denies all other allegations contained in Paragraph 136.

137.  In response to Paragraph 137, Defendant Brown states that the Plaintiff is not entitled to any relief from him and denies all other allegations contained in Paragraph 137.

138.  In response to Paragraph 138, Defendant Brown states that the Plaintiff is not entitled to any relief from him and denies all other allegations contained in Paragraph 138.

139.  In response to Paragraph 139, Defendant Brown states that the Plaintiff is not entitled to any relief from him and denies all other allegations contained in Paragraph 139.

## SECOND DEFENSE

Plaintiff's Complaint, and each and every count thereof, fails to state a claim upon which relief can be granted.

### THIRD DEFENSE

Defendant Brown generally denies that he is liable to the Plaintiff.

### FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of contributory negligence.

### FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of assumption of the risk.

### SIXTH DEFENSE

Plaintiff's are barred, in whole or in part, by the doctrine of the statute of frauds.

### SEVENTH DEFENSE

This court lacks subject matter jurisdiction in this case.

### EIGHTH DEFENSE

Plaintiff's claims are barred, in whole and/or in part, by the doctrine of waiver.

### NINTH DEFENSE

Plaintiff's claims are barred, in whole and/or in part, by the doctrine of estoppel.

### TENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of laches and the applicable statute of limitations.

## ELEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

## TWELFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of illegality.

## THIRTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of payment and release.

## FOURTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel, res judicata and collateral estoppel.

## FIFTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

## SIXTEENTH DEFENSE

Defendant Brown did not enter into any agreements and/or understandings with the Plaintiff.

## SEVENTEENTH DEFENSE

Defendant Brown did not make any representations to the Plaintiff.

## EIGHTEENTH DEFENSE

Defendant Brown did not have any communications with the Plaintiff.

## NINETEENTH DEFENSE

Defendant Brown was completely unaware of the alleged "scheme" and alleged relationship between the Plaintiff and Defendants Paul Barnes and IREIS, L.L.C. as alleged in the Complaint until he was served with the Plaintiff's Complaint in this action.

## TWENTIETH DEFENSE

Defendant Brown has never engaged in the business of mortgage lending and never made a mortgage loan to the Plaintiff.

WHEREFORE, having fully answered the Complaint to Obtain Damages, Equitable, Declaratory and Injunctive Relief of Plaintiff Leslie Griffith, Defendant Michael Brown prays that the Complaint be dismissed, with costs taxed to the Plaintiff.

CHARLES G. BYRD, JR.
Bar No. MD04388
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218
(410)235-7811

Attorney for Defendant
Michael Brown

22

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October 2006, copies of Answer of

Defendant Michael Brown were mailed, first-class, postage prepaid to:

Andrew L. Sandler, Esquire
Keba Riley, Esquire
1440 New York Avenue, N.W.
Washington, D.C. 20005

Isabelle M. Thabault, Esquire
Robert M. Bruskin, Esquire
Washington Lawyer's Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Mr. Paul Barnes
12512 Woodsong Lane
Bowie, Maryland 20721

IREIS, LLC
12512 Woodsong Lane
Bowie, Maryland 20721

CHARLES G. BYRD, JR.

23