IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>Defendants. | Case No:<br>1:06CV01648 (HHK) |

**PLAINTIFF'S CONSENT MOTION TO WITHDRAW THE RETURNS OF SERVICE/AFFIDAVITS AS TO DEFENDANT PAUL BARNES AND DEFENDANT IREIS, LLC AND TO POSTPONE THE SCHEDULING CONFERENCE SET FOR DECEMBER 18, 2006**

Plaintiff Leslie Griffith, with the consent of Defendant Michael Brown, respectfully moves the Court to allow the withdrawal of the Returns of Service/Affidavits with respect to Defendant IREIS, LLC ("IREIS") and Defendant Paul Barnes ("Barnes") (Docket Nos. 3 and 4, respectively, filed on October 12, 2006) and to postpone the scheduling conference currently scheduled to be held Monday, December 18, 2006. The undersigned has learned that the person served with the Summons and Plaintiff's Complaint in the above-captioned matter (the "Summons and Complaint"), individually and in his capacity as the Registered Agent for Defendant IREIS, was misidentified by the process server as being Defendant Barnes. Plaintiff seeks to temporarily postpone the scheduling conference to ensure that Defendants Barnes and IREIS are served with the Summons and Complaint. Counsel for Defendant Michael Brown has been notified that Defendant Barnes and Defendant IREIS have not yet been served with the Summons and Complaint. On November 16, 2006, the undersigned discussed this motion with Charles

Byrd, Jr., Esq., of Alston & Byrd, counsel for Defendant Michael Brown. Mr. Byrd consents to this Motion.

Plaintiff, through the undersigned, is currently undertaking to ascertain the whereabouts of Defendant Barnes in order to properly serve Defendant Barnes and Defendant IREIS with the Summons and Complaint in this matter.

No previous postponements have been requested in this proceeding and no parties will be prejudiced by the granting of a postponement.

WHEREFORE, Plaintiff respectfully requests the Court to grant this consent motion to postpone the currently scheduled scheduling conference, which will be rescheduled for a date to be determined by the Court and to allow Plaintiff, by and through this motion, to withdraw the Returns of Service/Affidavits with respect to Defendant IREIS and Defendant Barnes (Docket Nos. 3 an 4, respectively).

Dated: November 16, 2006

                                          Respectfully submitted,

                                            /s/ Keba U. Riley
                                          Keba U. Riley (DC Bar No. 494993)
                                          1440 New York Avenue, NW
                                          Washington, DC  20005
                                          Telephone:  (202) 371-7000

                                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2006, a copy of the foregoing Plaintiff's Consent Motion to Withdraw the Returns of Service/Affidavits with regards to Defendants Paul Barnes and IREIS, LLC and to Postpone the Scheduling Conference set for December 18, 2006, was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

>Charles G. Byrd, Jr., Esq.
>Alston & Byrd
>2518 Maryland Ave.
>Baltimore, MD 21218
>
>*Attorney for Defendant Michael Brown*
>
>Isabelle M. Thabault, Esq.
>Robert M. Bruskin, Esq.
>Washington Lawyers' Committee for
>  Civil Rights and Urban Affairs
>11 Dupont Circle NW, Suite 400
>Washington, D.C. 20036
>
>*Attorneys for Plaintiff Leslie Griffith*

                                             /s/ Keba U. Riley
                                             Keba U. Riley