IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>                      Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>                      Defendants. | Case No:<br>1:06CV01648 (HHK) |

### ORDER

Upon consideration of Plaintiff's Consent Motion to Withdraw the Return of Service/Affidavits with respect to Defendant Paul Barnes and Defendant IREIS, LLC and to Postpone the Scheduling Conference set for December 18, 2006, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Docket Nos. 3 and 4 are hereby withdrawn; and it is further

ORDERED that the scheduling conference currently set for December 18, 2006 is hereby postponed and will be rescheduled for a date to be determined by the Court.

SO ORDERED.

_____
Judge Henry H. Kennedy, Jr.

Dated: _____, 2006.

Copies to:

Charles G. Byrd, Jr., Esq.
Alston & Byrd
2518 Maryland Ave.
Baltimore, MD 21218
*Attorney for Defendant Michael Brown*

Andrew L. Sandler, Esq.
Keba U. Riley, Esq.
1440 New York Ave., N.W.
Washington, DC 20005

Isabelle M. Thabault, Esq.
Robert M. Bruskin, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, D.C. 20036
*Attorneys for Plaintiff Leslie Griffith*