IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LESLIE GRIFFITH,

                         Plaintiff,

v.

PAUL BARNES, *et al.*,

                         Defendants.

_____

Case No:
1:06CV01648 (HHK)

## PLAINTIFF'S CONSENT MOTION
## TO RESCHEDULE THE SCHEDULING CONFERENCE

Plaintiff Leslie Griffith, with the consent of Defendant Michael Brown, hereby respectfully moves the Court to postpone the scheduling conference currently set for January 11, 2007 in the above-captioned action for 30 days.

Plaintiff and the only Defendant who has made an appearance in this action to date, Defendant Michael Brown, have been engaged in settlement discussions since early December 2006 which have the potential to result in the dismissal of the above-captioned action as to Defendant Brown.  Plaintiff, by and through the undersigned, previously requested a postponement in this proceeding to allow Plaintiff to serve Defendants Barnes and IREIS with the Summons and Complaint in the above-captioned matter.  Defendant Barnes, individually and as Registered Agent for Defendant IREIS, was served on December 6, 2006.  To date, neither Defendant Barnes nor Defendant IREIS have made an appearance in this action.  This further postponement is being sought to avoid necessitating multiple scheduling conferences to be held in this matter once Defendants Barnes and IREIS make an appearance in this action.

On January 3, 2007, counsel for Plaintiff discussed this motion with Charles Byrd, Esq. of Alston & Byrd, counsel for Defendant Michael Brown. Mr. Byrd consents to this motion.

WHEREFORE, Plaintiff respectfully requests the Court to grant this consent motion to postpone the scheduling conference in this matter for 30 days.

Dated: January 4, 2007

Respectfully Submitted,

\_\_/s/ Keba U. Riley_____
Andrew L. Sandler, D. C. Bar No. 381825
Keba Riley, D.C. Bar No. 494993
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000


Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000


*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of January 2007, a copy of the foregoing *Plaintiff's Consent Motion to Postpone the Scheduling Conference* was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

    Paul Barnes, individually and as
    Registered Agent for IREIS, LLC
    12516 Woodsong Lane
    Bowie, MD 20721

    Charles G. Byrd, Jr., Esq.
    Alston & Byrd
    2518 Maryland Avenue
    Baltimore, MD 21218
    *Attorney for Defendant Michael Brown*

                                                                                _____/s/_____
                                                                                 Keba U. Riley