IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LESLIE GRIFFITH,

                       Plaintiff,

v.

PAUL BARNES, *et al.*,

                       Defendants.
_____

Case No:
1:06CV01648 (HHK)

**ORDER**

      Upon consideration of Plaintiff's Consent Motion to Reschedule the Scheduling Conference currently set for January 11, 2007, it is hereby:

      ORDERED that the motion is granted; and it is further

      ORDERED that the Scheduling Conference will be held on _____, 2007 at _____ A.M. in Courtroom _____

      SO ORDERED.

                                                     _____
                                                     Henry H. Kennedy, Judge

Dated: _____, 2007.