UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LESLIE GRIFFITH,

                  Plaintiff,

    v.

PAUL BARNES, *et al.*,

                  Defendants.

_____

Case No:
1:06CV01648 (HHK)

**PRAECIPE**

        The Clerk of the Court will please note that the address listed on Plaintiff's complaint for both Defendant Paul Barnes and Defendant IREIS, LLC are incorrect. Defendant Barnes's address is 12516 Woodsong Lane, Bowie, MD 20721.  Defendant IREIS's principal place of business is located at 12516 Woodsong Lane, Bowie, MD 20721.

DATED:  February 22, 2007

                                  Respectfully submitted,


                                   /s/ Keba U. Riley
                                  Keba U. Riley (DC Bar No. 494993)
                                  1440 New York Avenue, NW
                                  Washington, DC  20005
                                  Telephone:  (202) 371-7000

                                  *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2007, a copy of the foregoing Praecipe was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

Charles G. Byrd, Jr.
Alston & Byrd
2518 Maryland Avenue
Baltimore, MD 21218

*Attorney for Defendant Michael Brown*

PAUL BARNES
12516 Woodsong Lane
Bowie, MD 20721

IREIS, L.L.C.
12516 Woodsong Lane
Bowie, MD 20721

/s/ Keba U. Riley
Keba U. Riley