Exhibit A

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Leslie Griffith

vs.

Paul Barnes, et al.

No. 1:06CV01648 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons; Complaint to Obtain Damages, Equitable, Declaratory and Injunctive Relief; Praecipe; Notice of Electronic Filing; Answer of Defendant Michael Brown; Order for Initial Scheduling Conference; Crossclaim of Defendant Michael Brown Against Defendants Paul Barnes and IREIS, LLC; Plaintiff's Consent to Motion to Withdraw the Returns of Service/Affidavits as to Defendant Paul Barnes and Defendant IREIS, LLC and to Postpone the Scheduling Conference Set for December 18, 2006 and [Proposed] Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-29-1969.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 7:00 pm on December 6, 2006, I served Paul Barnes at 12224 Central Avenue, Mitchellville, Maryland 20721 by serving Paul Barnes, personally. Described herein:

    SEX- MALE
    AGE- 50
HEIGHT- 5'10"
  HAIR- BALD
WEIGHT- 225
  RACE- BLACK

    I declare under penalty of perjury under the laws of the United States of America, that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 12/8/06
             Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180151