## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2007, a copy of the foregoing Affidavit in Support of Entry of Default of Defendant Barnes and Defendant IREIS, LLC was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

Charles G. Byrd, Jr.
Alston & Byrd
2518 Maryland Avenue
Baltimore, MD 21218

*Attorney for Defendant Michael Brown*

PAUL BARNES
12516 Woodsong Lane
Bowie, MD 20721

IREIS, L.L.C.
12516 Woodsong Lane
Bowie, MD 20721

/s/ Keba U. Riley
Keba U. Riley