IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESLIE GRIFFITH           :

    Plaintiff,           :

v.                        :     CASE NO.: 1:06CV01648 (HHK)

                           :

PAUL BARNES, ET AL

    Defendants.           :

## ANSWER TO CROSSCLAIM
## DEFENDANT, PAUL BARNES AND IREIS, LLC

Defendant, Paul Barnes, individually and for IREIS, LLC, in answer and response to the Crossclaim filed herein respectfully states to the Court as follows:

1. That the Crossclaim fails to state a cause of action against the Defendants, Paul Barnes and Ireis, LLC, upon which relief can be granted.

2. That the Defendants deny each and every allegation contained in the Crossclaim.

3. That the Defendants, specifically deny the allegations contained in the Crossclaim in Paragraphs 1 through and including 19.

4. That each and every allegation in the Crossclaim which has not heretofore been denied is hereby denied.

WHEREFORE, DEFENDANT, PAUL BARNES, INDIVIDUALLY AND FOR IREIS, LLC HAVING RESPONDED TO AND ANSWERED EACH AND EVERY ALLEGATION CONTAINED IN THE CROSSCLAIM, RESPECTFULLY DEMANDS:

A. That the Crossclaim be Dismissed without cost to the Defendants, Paul Barnes and IREIS, LLC.

RECEIVED
MAR - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

B.   That Costs be assessed against the Cross Plaintiff.

C.   That the Court grant such other and further relief as to the Court seems just, reasonable and fair.

Respectfully submitted

Paul Barnes, Defendant
12512 Woodsong Lane
Bowie, Maryland 20721
~~202~~ 301) 333-0837

## CERTIFICATE OF SERVICE

I hereby certify that I mailed copies of the foregoing Answer to Crossclaim to Andrew L. Sandler, Esquire, 1440 New York Avenue, NW, Washington, DC 20005, Isabelle M. Thabault, Esquire, Washington Lawyer's Committed for Civil Rights and Urban Affairs, 11 Dupont Circle, NW, Suite 400, Washington, DC 20036 and Charles G. Byrd, Jr., 2518 Maryland Avenue, Baltimore, Maryland 21218 On March __1__ _____, 2007

Paul Barnes, Defendant

2