IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESLIE GRIFFITH | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:06CV01648 (HHK) |
| PAUL BARNES, ET AL | : | |
| Defendants. | : | |

RECEIVED
MAR 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANSWER TO COMPLAINT OF
DEFENDANT, PAUL BARNES AND IREIS, LLC

Defendant, Paul Barnes, individually and for IREIS, LLC, in answer and response to the Complaint filed herein respectfully states to the Court as follows:

1. That the Complaint fails to state a cause of action against the Defendants, Paul Barnes and Ireis, LLC, upon which relief can be granted.

2. That the Defendants assert the defense of contributory negligence.

3. That the Defendants assert the defense of estoppel.

4. That the Defendants assert the defenses of laches and the applicable statute of limitations.

5. That the Defendants deny each and every allegation contained in the Complaint.

6. That the Defendants, specifically deny the allegations contained in the Complaint in Paragraphs 1 through and including 139.

7. That each and every allegation in the complaint which has not heretofore been denied is hereby denied.

WHEREFORE, DEFENDANT, PAUL BARNES, INDIVIDUALLY AND FOR

RECEIVED
MAR 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IREIS, LLC HAVING RESPONDED TO AND ANSWERED EACH AND EVERY ALLEGATION CONTAINED IN THE COMPLAINT, RESPECTFULLY DEMANDS:

A. That the Complaint be Dismissed without cost to the Defendants, Paul Barnes and IREIS, LLC.

B. That Costs be assessed against the Plaintiffs.

C. That the Court grant such other and further relief as to the Court seems just, reasonable and fair.

Respectfully submitted

_____
Paul Barnes, Defendant
12516 Woodsong Lane
Bowie, Maryland 20721
301 333-0837

## CERTIFICATE OF SERVICE

I hereby certify. that I mailed copies of the foregoing Answer to Complaint to Andrew L. Sandler, Esquire, 1440 New York Avenue, NW, Washington, DC 20005, Isabelle M. Thabault, Esquire, Washington Lawyer's Committed for Civil Rights and Urban Affairs, 11 Dupont Circle, NW, Suite 400, Washington, DC 20036 and Charles G. Byrd, Jr., 2518 Maryland Avenue, Baltimore, Maryland 21218 On March  1st  _____, 2007

_____
Paul Barnes, Defendant

2