IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>        Defendants. | Case No:<br>1:06CV01648 (HHK) |

### STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST BROWN, WITHOUT PREJUDICE, PURSUANT TO SETTLEMENT AGREEMENT

  WHEREAS, Plaintiff Leslie Griffith ("Griffith") and Defendant Michael Brown ("Brown") have agreed to settle Plaintiff's claims against Brown pursuant to the terms of a written Settlement Agreement entered into by Griffith and Brown as of March 15, 2007; and

  WHEREAS, in exchange for certain consideration provided by Brown, the Settlement Agreement calls for Griffith to dismiss without prejudice Plaintiff's claims against Brown, without costs against either party; and

  WHEREAS, this Stipulation of Dismissal relates only to Plaintiff's claims against Brown, and does not affect Plaintiff's claims against Defendants Paul Barnes or IREIS, LLC.

NOW THEREFORE, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), in consideration of and pursuant to the terms of the Settlement Agreement between Griffith and Brown, Plaintiff Griffith and Defendant Brown, through their undersigned attorneys hereby stipulate and agree that Defendant Brown is hereby dismissed from this action without prejudice, without costs against either party.

Dated: March 15, 2007

_____
Andrew L. Sandler, Esq.
Keba U. Riley, Esq.
1440 New York Ave., N.W.
Washington, DC 20005

Isabelle M. Thabault, Esq.
Robert M. Bruskin, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, D.C. 20036
*Attorneys for Plaintiff Leslie Griffith*

_____
Charles G. Byrd, Jr., Esq.
Alston & Byrd
2518 Maryland Ave.
Baltimore, MD 21218
*Attorney for Defendant Michael Brown*

SO ORDERED:

_____    Date: _____
UNITED STATES DISTRICT JUDGE
Henry H. Kennedy

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2007, a copy of the foregoing *Stipulation of Dismissal of Plaintiff's Claims Against Brown, Without Prejudice, Pursuant to Settlement Agreement* was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

Paul Barnes
12516 Woodsong Lane
Bowie, MD 20721

IREIS, LLC
12516 Woodson Lane
Bowie, MD 20721

Charles G. Byrd, Jr., Esq.
Alston & Byrd
2518 Maryland Avenue
Baltimore, MD 21218
*Attorney for Defendant Michael Brown*

/s/
Keba U. Riley