IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESLIE GRIFFITH, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 1:06CV01648 |
| PAUL BARNES, *et al.* | * | |
| Defendants. | * | |

**********************************************************************

## MOTION TO DISMISS CROSSCLAIM WITHOUT PREJUDICE

Defendant/Cross-Plaintiff Michael Brown ("Brown"), by his undersigned attorney, moves pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Court dismiss his Crossclaim against Defendants Paul Barnes ("Barnes") and IREIS, LLC ("IREIS"), without prejudice. In support thereof, Defendant Brown states as follows:

1. Defendant Brown and the Plaintiff have entered into a settlement and filed a stipulation to dismiss the Plaintiff's claims against Defendant Brown, without prejudice.

2. Defendant Brown's claims against Defendants Barnes and IREIS were, *inter alia*, for indemnification and/or contribution if he were found to be liable to the Plaintiff.

3. Now that the Plaintiff has dismissed her claims against Defendant Brown, there is no further need for a Crossclaim against Defendants Barnes and IREIS at this time.

WHEREFORE, Defendant/Cross-Plaintiff Michael Brown respectfully requests that the Court dismiss his Crossclaim against Defendants Barnes and IREIS without prejudice, and such other and further relief as the case may require.

/S/

_____
CHARLES G. BYRD, JR.
Bar No. MD04388
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218
(410)235-7811

Attorney for Defendant
Michael Brown

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of March 2007, copies of the Motion to Dismiss Crossclaim Without Prejudice were mailed, first-class, postage prepaid to:

Andrew L. Sandler, Esquire
Keba Riley, Esquire
1440 New York Avenue, N.W.
Washington, D.C. 20005

Isabelle M. Thabault, Esquire
Robert M. Bruskin, Esquire
Washington Lawyer's Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Mr. Paul Barnes
12512 Woodsong Lane
Bowie, Maryland 20721

IREIS, LLC
12512 Woodsong Lane
Bowie, Maryland 20721

/S/
_____
CHARLES G. BYRD, JR.