IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 06-cv-01648 HHK |
| : | |
| PAUL BARNES, et al. : | |
| : | |
| Defendants : | |

### AFFIDAVIT OF PAUL BARNES IN SUPPORT OF MOTION TO VACATE ORDER OF DEFAULT

1. I, Paul Barnes, am over eighteen (18) years of age and am competent to testify in this matter.

2. I have reviewed the Motion to Vacate Order of Default. The matters stated therein are true and correct.

3. I believe that I have meritorious defenses to the Plaintiff's claim as set forth in the Verified Answer filed with the Motion to Vacate Order of Default.

4. I diligently attempted to obtain the services of an attorney in this matter after being served with the Summons and Complaint. I could not obtain an attorney admitted to the United States District Court for the District of Columbia until I retained O'Malley, Miles, Nylen & Gilmore, P.A. on March 14, 2007.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2007.

/s/ Paul Barnes
Paul Barnes, individually and on
Behalf of IREIS, LLC

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

W:\clients\B\Barnes, Paul and IREIS, LLC\Pleadings\Affidavit of Paul Barnes.doc