IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH : | |
| : | |
| Plaintiff, : | |
| : | |
| v.    : | Case No.: 06-cv-01648 HHK |
| : | |
| PAUL BARNES, et al. : | |
| : | |
| Defendants : | |

## MOTION TO VACATE ORDER OF DEFAULT

Paul Barnes and IREIS, LLC, by and through their counsel, Robert D. Lourie, William Joseph Selle, and O'Malley, Miles, Nylen & Gilmore, P.A., present this Motion to Vacate Order of Default as follows:

1. Defendants Paul Barnes and IREIS, LLC were served with the Summons and Complaint in this matter on December 6, 2006.

2. After service of the Summons, Defendant Paul Barnes met with the Plaintiff's counsel in an attempt to work out this matter.  Defendants were told that Plaintiff would not move for a default so long as the parties were negotiating a possible resolution of this matter.

3. Plaintiff thereafter filed a Motion for Default which was entered by the Clerk on February 26, 2007.  At no time did Plaintiff advise Defendants Barnes or IREIS, LLC that the parties were no longer negotiating a resolution of this matter, that an Answer would therefore be required, or that Plaintiff intended to move for a default.

4. Upon learning that Plaintiff had sought a default in this matter, Defendant Paul Barnes thereafter filed Answers, pro se, on behalf of himself and IREIS, LLC. During this time, Defendants sought to obtain counsel and noted it to this Court.

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522

1

Defendant interviewed several counsel and was finally able to retain the undersigned on March 14, 2006.

     5.     The Defendants have simultaneously, with the filing of this Motion to Vacate, filed a Verified Amended Answer pursuant to LCvR7(g) which sets forth the Defendants' defenses to this matter. Defendants submit that the defenses are sufficient to bar the claim of the Plaintiff in whole or in part.

     6.     The Complaint sets forth causes of actions which are completely unrelated to this transaction.

     7.     The Plaintiff in this matter will in no way be prejudiced by the vacation of the default. The default was entered only eighteen (18) days ago. The initial Scheduling Conference in this matter is not scheduled to occur until March 19, 2007. There is sufficient time for full discovery and trial preparation in this matter. Further, Plaintiff currently resides in the subject premises and is not paying rent, any mortgage, or any real estate taxes or other costs of upkeep or maintenance of the subject premises.

     8.     There is also sufficient time to initiate ADR in an attempt to work out a resolution of this matter.

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

WHEREFORE, Defendants Paul Barnes and IREIS, LLC respectfully request:

1.  That the Default entered by the Clerk on February 26, 2007, be vacated.

2.  That the Verified Amended Answer filed with the Court be accepted.

3.  That the Court issue a Scheduling Order in this matter.

                Respectfully submitted,

                O'MALLEY, MILES, NYLEN & GILMORE, P.A.

                /s/ Robert D. Lourie
                Robert D. Lourie, MD 9593

                /s/ William J. Selle
                William J. Selle, D.C. Bar No. 396292
                2007 Tidewater Colony Drive, Suite 2B
                Annapolis, MD 21401
                (410) 266-9500
                rlourie@omng.com

                Attorneys for Defendants Paul Barnes and IREIS, LLC

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Federal Rules of Civil Procedure Rule 55(c)

Federal Rules of Civil Procedure Rule 60(b)

LCvR7(g)

                /s/ William J. Selle
                William J. Selle

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of March, 2007, a copy of the forgoing Motion to Vacate Order of Default was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

>Andrew L. Sandler, Esq.
>Keba U. Riley, Esq.
>1440 New York Avenue, N.W.
>Washington, D.C. 20005
>
>Isabelle M. Thabault, Esq.
>Robert M. Bruskin
>Washington Lawyer's Committee for
>  Civil Rights and Urban Affairs
>11 Dupont Circle, N.W., Suite 400
>Washington, D.C. 20036
>
>Charles Grant Byrd, Jr.
>Alston & Byrd
>2518 Maryland Avenue
>Baltimore, Maryland 21218

                        /s/ William J. Selle
                        William J. Selle

W:\clients\B\Barnes, Paul and IREIS, LLC\Pleadings\Motion to Vacate Order of Default.doc

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522