IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 06-cv-01648 HHK |
| : | |
| PAUL BARNES, et al. : | |
| : | |
| Defendants : | |

## ORDER VACATING DEFAULT

UPON CONSIDERATION of the Defendants Paul Barnes and IREIS, LLC's Motion to Vacate Default, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that the Default entered February 26, 2007 is hereby vacated; and it is further

ORDERED, that the Answer of the Defendants is hereby accepted.

_____
Judge, United States District Court for
the District of Columbia

Copies to:

Robert D. Lourie, Esq.
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

William J. Selle, Esq.
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

Andrew L. Sandler, Esq.
1440 New York Avenue, N.W.
Washington, D.C. 20005

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

Keba U. Riley, Esq.
1440 New York Avenue, N.W.
Washington, D.C. 20005

Isabelle M. Thabault, Esq.
Washington Lawyer's Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Robert M. Bruskin, Esq.
Washington Lawyer's Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Charles Grant Byrd, Jr.
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

W:\clients\B\Barnes, Paul and IREIS, LLC\Pleadings\Motion to Vacate Order of Default - Order.doc