IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESLIE GRIFFITH, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 1:06CV01648 |
| PAUL BARNES, *et al.* | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION OF DEFENDANT/CROSS-PLAINTIFF BROWN TO BE EXCUSED
FROM INITIAL SCHEDULING CONFERENCE SCHEDULED FOR MARCH 19, 2007**

Defendant/Cross-Plaintiff Michael Brown ("Brown"), by his undersigned attorney, moves to be excused from appearing at the Initial Scheduling Conference scheduled for March 19, 2007. In support thereof, Defendant/Cross-Plaintiff Brown states as follows:

1. The Initial Scheduling Conference is scheduled for March 19, 2007 @12:45 p.m.

2. On March 16, 2007, Defendant Brown and the Plaintiff entered into a settlement and filed a stipulation to dismiss the Plaintiff's claims against Defendant Brown, without prejudice.

3. Defendant Brown has filed a crossclaim against Defendants Barnes and IREIS for, *inter alia*, indemnification and/or contribution if he were found to be liable to the Plaintiff.

4. Now that the Plaintiff has dismissed her claims against Defendant Brown, there is no further need for the crossclaim against Defendants Barnes and IREIS at this time. Accordingly, on March 16, 2007, Defendant Brown filed a motion to dismiss his crossclaim, without prejudice.

    5. With the dismissal of the Plaintiff's claims against Defendant Brown and the dismissal of Defendant Brown's crossclaim against Defendants Barnes and IREIS, Defendant Brown will no longer be a party in this case. Accordingly, there appears to be no need for Defendant Brown's counsel to appear at the Initial Scheduling Conference.

    WHEREFORE, Defendant/Cross-Plaintiff Michael Brown respectfully requests that he and his counsel be excused from the Initial Pretrial Conference, and such other and further relief as the case may require.

    /S/

_____
CHARLES G. BYRD, JR.
Bar No. MD04388
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218
(410)235-7811

Attorney for Defendant
Michael Brown

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March 2007, copies of the Motion of Defendant/Cross-Plaintiff Brown to be Excused from Initial Scheduling Conference Scheduled for March 19, 2007 were mailed, first-class, postage prepaid to:

Andrew L. Sandler, Esquire
Keba Riley, Esquire
1440 New York Avenue, N.W.
Washington, D.C. 20005

Isabelle M. Thabault, Esquire
Robert M. Bruskin, Esquire
Washington Lawyer's Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

William J. Selle, Esquire
O'Malley, Miles, Nylon & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, Maryland 21401


/S/
_____
CHARLES G. BYRD, JR.