UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>          Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>          Defendants. | Case No:<br>1:06CV01648 (HHK) |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendants Paul Barnes and IREIS, LLC's Motions to Vacate Order of Default, and Plaintiff's Opposition thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that Defendants' Motion is hereby DENIED.

_____
Judge, United States District Court for
the District of Columbia

Copies to:
Robert D. Lourie, Esq.
William J. Selle, Esq.
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

Andrew L. Sandler, Esq.
Keba U. Riley, Esq.
1440 New York Avenue, N.W.
Washington, D.C. 20005

Isabelle M. Thabault, Esq.
Robert M. Bruskin, Esq.
Washington Lawyer's Committee for
Civil Rights and Urban Affairs

11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Charles Grant Byrd, Jr.
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218