CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2007, a copy of the foregoing *Plaintiff's Opposition to Defendants' Motion to Vacate Entry of Default* was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

Charles G. Byrd, Jr., Esquire
Alston & Byrd
2518 Maryland Avenue
Baltimore, MD 21218

*Attorney for Defendant Michael Brown*

Robert J. Lourie
William J. Selle, Esquire
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

*Attorneys for Defendants Paul Barnes and IREIS, LLC*

    /s/  Keba U. Riley
Keba U. Riley