UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LESLIE GRIFFITH,**<br><br>              **Plaintiff,**<br><br>       v.<br><br>**PAUL BARNES, et al.,**<br><br>              **Defendants.** | Civil Action 06-01648<br>(HHK) |

### ORDER TO VACATE

Before the court are the motions [#22, #23] of defendants Paul Barnes and IREIS, LLC, to vacate the clerk's entries of default (#16,15). Upon consideration of the motions, the opposition thereto, and the record of this case, the court concludes that the motions should be granted.

Accordingly, it is this 6th day of April, 2007, hereby

**ORDERED** that the motions to vacate the entries of default [#22, #23] are **GRANTED**; and it is further

**ORDERED** that the entries of default are vacated.

                                                              Henry H. Kennedy, Jr.
                                                              United States District Judge