IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LESLIE GRIFFITH,<br><br>      Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>      Defendants. | Case No:<br>1:06CV01648 (HHK) |

## SCHEDULING ORDER
### [PLAINTIFF'S PROPOSAL]

  The Joint Report of the Parties on Case Management Conference and Proposed Scheduling Order is hereby adopted by the Court as the Scheduling Order for the case and the parties are ordered to comply with this Order.

| | **Dates** |
|---|---|
| First date for service of initial discovery requests and deposition notices | June 30, 2007 |
| Rule 26(a)(1) Initial Disclosure to be made, if ordered by the Court | Within 30 days of the entry of the Scheduling Order |
| Deadline to amend pleadings and/or for joinder of additional parties | August 1, 2007 |
| Rule 26(a)(2) expert disclosures for all parties, followed by expert depositions | August 28, 2007 |
| Rule 26(a)(2) rebuttal expert disclosures | September 25, 2007 |

| | |
|---|---|
| Discovery Ends (fact and expert discovery) | October 26, 2007[1] |
| Dispositive pretrial motions | January 11, 2008 |
| Opposition to dispositive motions | February 1, 2008 |
| Reply on dispositive motions | February 15, 2008 |
| Hearing on dispositive motions | Court's Preference |
| Rule 26(a)(3) pre-trial disclosures | 30 days prior to pretrial conference |
| Rule 26(a)(3) objections filed | 10 days prior to pretrial conference |
| Proposed pre-trial conference | Court's Preference |
| Proposed trial date | Set at pretrial conference |

SO ORDERED this ____ day of _____ 2007

_____
Judge Henry H. Kennedy
United States District Court

Copies to:

Andrew L. Sandler
Keba Riley
1440 New York Avenue, N.W.
Washington, D.C. 20005

Isabelle M. Thabault
Robert M. Bruskin
Washington Lawyer's Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Robert D. Lourie
William J. Selle
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

*Counsel for Defendants Paul Barnes and IREIS, LLC*

*Counsel for Plaintiff*

---

[1] Motions to compel discovery regarding written discovery requests, as well as oppositions and replies to such motions, will be filed as needed during the period allowed for fact discovery; provided that the deadline for filing such motions will be no later than forty-five (45) days after the close of fact discovery (December 10, 2007).

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESLIE GRIFFITH, | ) | |
| | ) | Case No: |
| Plaintiff, | ) | 1:06CV01648 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL BARNES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**
**[DEFENDANTS' PROPOSAL]**

The Joint Report of the Parties on Case Management Conference and Proposed Scheduling Order is hereby adopted by the Court as the Scheduling Order for the case and the parties are ordered to comply with this Order.

| | **Dates** |
|---|---|
| First date for service of initial discovery requests and deposition notices | June 30, 2007 |
| Rule 26(a)(1) Initial Disclosure to be made, if ordered by the Court | Within 30 days of the entry of the Scheduling Order |
| Deadline to amend pleadings and/or for joinder of additional parties | August 1, 2007 |
| Rule 26(a)(2) expert disclosures by Plaintiff, followed by expert depositions | August 28, 2007 |
| Rule 26(a)(2) expert disclosures by Defendants, followed by expert depositions | September 25, 2007 |
| Rule 26(a)(2) rebuttal expert disclosures | October 26, 2007 |

| | |
|---|---|
| Discovery Ends (fact and expert discovery) | October 26, 2007[2] |
| Dispositive pretrial motions | January 11, 2008 |
| Opposition to dispositive motions | February 1, 2008 |
| Reply on dispositive motions | February 15, 2008 |
| Hearing on dispositive motions | Court's Preference |
| Rule 26(a)(3) pre-trial disclosures | 30 days prior to pretrial conference |
| Rule 26(a)(3) objections filed | 10 days prior to pretrial conference |
| Proposed pre-trial conference | Court's Preference |
| Proposed trial date | Set at pretrial conference |

SO ORDERED this ____ day of _____ 2007

                                                  _____
                                                  Judge Henry H. Kennedy
                                                  United States District Court

Copies to:

Andrew L. Sandler                              Robert D. Lourie
Keba Riley                                              William J. Selle
1440 New York Avenue, N.W.           O'Malley, Miles, Nylen & Gilmore, P.A.
Washington, D.C.  20005                2007 Tidewater Colony Drive, Suite 2B
                                                     Annapolis, MD 21401

Isabelle M. Thabault
Robert M. Bruskin                           *Counsel for Defendants Paul Barnes and*
Washington Lawyer's Committee for    *IREIS, LLC*
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

*Counsel for Plaintiff*

---

[2]    Motions to compel discovery regarding written discovery requests, as well as oppositions and replies to such motions, will be filed as needed during the period allowed for fact discovery; provided that the deadline for filing such motions will be no later than forty-five (45) days after the close of fact discovery (December 10, 2007).

2