IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>             Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>             Defendants. | Case No:<br>1:06CV01648 (HHK) |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST BROWN, WITH PREJUDICE, PURSUANT TO SETTLEMENT AGREEMENT

WHEREAS, Plaintiff Leslie Griffith ("Griffith") and Defendant Michael Brown ("Brown") have agreed to settle Plaintiff's claims against Brown pursuant to the terms of a written Settlement Agreement entered into by Griffith and Brown as of March 15, 2007; and

WHEREAS, in exchange for certain consideration provided by Brown, the Settlement Agreement calls for Griffith to dismiss with prejudice Plaintiff's claims against Brown, without costs against either party; and

WHEREAS, this Stipulation of Dismissal relates only to Plaintiff's claims against Brown, and does not affect Plaintiff's claims against Defendants Paul Barnes or IREIS, LLC.

NOW THEREFORE, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), in consideration of and pursuant to the terms of the Settlement Agreement between Griffith and Brown, Plaintiff Griffith and Defendant Brown, through their undersigned attorneys hereby stipulate and agree that Defendant Brown is hereby

dismissed from this action with prejudice, without costs against either party.

Dated: June 12, 2007

_____
Andrew L. Sandler, Esq.
Keba U. Riley, Esq.
1440 New York Ave., N.W.
Washington, DC 20005

Isabelle M. Thabault, Esq.
Robert M. Bruskin, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, D.C. 20036
*Attorneys for Plaintiff Leslie Griffith*

_____
Charles G. Byrd, Jr., Esq.
Alston & Byrd
2518 Maryland Ave.
Baltimore, MD 21218
*Attorney for Defendant Michael Brown*

SO ORDERED:

_____           Date: _____
The Honorable Henry H. Kennedy,
UNITED STATES DISTRICT JUDGE

Copies to:
Charles G. Byrd, Jr., Esq.
Alston & Byrd
2518 Maryland Ave.
Baltimore, MD 21218
*Attorneys for Defendant Michael Brown*

Robert D. Lourie, MD 9593
William J. Selle, D.C. Bar No. 396292
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401
(410) 266-9500
*Attorneys for Defendants Paul Barnes and IREIS, LLC*

Andrew L. Sandler, Esq.
Keba U. Riley, Esq.
1440 New York Ave., N.W.
Washington, DC 20005

Isabelle M. Thabault, Esq.
Robert M. Bruskin, Esq.
Washington Lawyers' Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, D.C. 20036
*Attorneys for Plaintiff Leslie Griffith*