IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>                        Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>                        Defendants. | Case No:<br>1:06CV01648 (HHK) |

## ERRATA NOTICE

**TO THE CLERK AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Leslie Griffith, by and through counsel today filed a Stipulation of Dismissal of Plaintiff's Claims Against Brown, With Prejudice, Pursuant to Settlement Agreement (the "Stipulation"). The attached Certificate of Service was inadvertently omitted from that filing and is being submitted to correct that error.

Dated: June 12, 2007

                                                                                        Respectfully Submitted,

                                                                                        /s/ Keba U. Riley
                                                       Andrew L. Sandler, D. C. Bar No. 381825
                                                       Keba Riley, D.C. Bar No. 494993
                                                       1440 New York Avenue, N.W.
                                                       Washington, D.C.  20005
                                                       (202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June 2007, a copy of the foregoing *Errata Notice* was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

>  Charles G. Byrd, Jr., Esquire
>  Alston & Byrd
>  2518 Maryland Avenue
>  Baltimore, MD 21218
>
>  *Attorney for Defendant Michael Brown*
>
>  Robert J. Lourie
>  William J. Selle, Esquire
>  O'Malley, Miles, Nylen & Gilmore, P.A.
>  2007 Tidewater Colony Drive, Suite 2B
>  Annapolis, MD 21401
>
>  *Attorneys for Defendants Paul Barnes and IREIS, LLC*

                                                    _____/s/_____
                                                    Keba U. Riley