CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2007, a copy of the foregoing *Stipulation of Dismissal of Plaintiff's Claims Against Brown, With Prejudice, Pursuant to Settlement Agreement* was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

Charles G. Byrd, Jr., Esquire
Alston & Byrd
2518 Maryland Avenue
Baltimore, MD 21218

*Attorney for Defendant Michael Brown*

Robert J. Lourie
William J. Selle, Esquire
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

*Attorneys for Defendants Paul Barnes and IREIS, LLC*

　　　　　　　　　　　　　　　　　　　　/s/  Keba U. Riley
　　　　　　　　　　　　　　　　　　　　Keba U. Riley