**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LESLIE GRIFFITH** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Case No.: 06-CV-01648 (HHK)** |
| : | |
| **PAUL BARNES, et al.** : | |
| : | |
| **Defendants** : | |

### DEFENDANTS' RULE 26(a)(1) DISCLOSURE

Paul Barnes and IREIS, LLC, by and through their counsel, Robert D. Lourie, William Joseph Selle, and O'Malley, Miles, Nylen & Gilmore, P.A., present this Rule 26(a)(1) Disclosure as follows:

The following individuals likely have discoverable information that Defendants may use to support their defense of this action.

1. Paul Barnes, 12516 Woodsong Lane, Bowie, Maryland 20721

2. Leslie Griffith, 2619 Newton Street, N.E., Washington, D.C. 20015

3. Michael Brown, 14501 Pleffner Court, Bowie, Maryland 20720

4. Pamela S. Davis, 9917 Lyndon Hills Road, Owings, Maryland

5. Chase Mortgage Services, P.O. Box 78828, Phoenix, Arizona 85602-8828

Respectfully submitted,

O'MALLEY, MILES, NYLEN & GILMORE, P.A.

/s/ Robert D. Lourie
Robert D. Lourie, MD 9593
rlourie@omng.com

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

/s/ William J. Selle
William J. Selle, D.C. Bar No. 396292
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401
(410) 266-9500
wselle@omng.com

Attorneys for Defendants Paul Barnes and IREIS, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2007, a copy of the forgoing Defendants' Rule 26(a)(1) Disclosure was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

> Andrew L. Sandler, Esq.
> Keba U. Riley, Esq.
> 1440 New York Avenue, N.W.
> Washington, D.C. 20005
>
> Isabelle M. Thabault, Esq.
> Robert M. Bruskin
> Washington Lawyer's Committee for
>   Civil Rights and Urban Affairs
> 11 Dupont Circle, N.W., Suite 400
> Washington, D.C. 20036
>
> Charles Grant Byrd, Jr.
> Alston & Byrd
> 2518 Maryland Avenue
> Baltimore, Maryland 21218

/s/ William J. Selle
William J. Selle

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

W:\clients\B\Barnes, Paul and IREIS, LLC\Pleadings\Defendants Rule 26(a)(1) Disclosure.doc