IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>                 Plaintiff,<br>v.<br><br>PAUL BARNES, *et al.*,<br><br>                 Defendants. | Case No:<br>   1:06CV01648<br>   (HHK) |

## PLAINTIFF 'S RULE 26(A)(1)(A) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure and the Rule 16(b) Scheduling Order dated June 19, 2007, Plaintiff Leslie Griffith provides the following information as her initial disclosures to Defendants Paul Barnes and IREIS, LLC. This disclosure is based upon information presently available to Plaintiff, and Plaintiff reserves the right to supplement her disclosures as provided for in Fed. R. Civ. P. 26(e), based on further investigation and discovery, to the extent further disclosures are not mooted by future discovery responses.

Plaintiff identifies the following individuals as persons likely to have discoverable information:

| Individual | Address & Telephone, if known | Subject |
|---|---|---|
| Leslie Griffith | 2619 Newton Street, N.E.<br>Washington, DC 20018<br>(202) 664-4521 | The subject matters listed in her Complaint. |
| Defendant Paul Barnes, individually and as agent of Defendant IREIS, LLC | 12516 Woodsong Lane,<br>Bowie, MD, 20721<br>(202) 425-7066 | The subject matters listed in Plaintiff's Complaint and Defendants' Answers. |

| | | |
|---|---|---|
| Michael Brown | Charles Byrd, Esq. is Counsel for Michael Brown<br>Alston & Bird<br>2518 Maryland Avenue<br>Baltimore, MD 21218<br>(410) 235-7811 | Nature and substance of the transactions through which title to Plaintiff's home was transferred in December 2004 and November 2005. |
| Pamela Davis | 9602 Stony Hill Drive<br>Ft. Washington, MD 20744<br>(301) 785-5835 | Nature and substance of the transaction through which title to Plaintiff's home was transferred in November 2005. |
| Patricia Long | Keller Williams Realty Upper Marlboro, MD<br>9701 Apollo Dr., Ste. 102<br>Upper Marlboro, MD 20774<br>(240) 737-5000 | Nature of Defendant Barnes' business practices and conduct. |
| Kelly Prophet | Current address and telephone number unknown | Nature of the transaction through which title to Plaintiff's home was transferred in December 2004 and, in general, the nature of Defendant Barnes' business practices. |

Dated: July 18, 2007

Respectfully Submitted,

___/s/ Keba U. Riley_____
Andrew L. Sandler, D. C. Bar No. 381825
Keba Riley, D.C. Bar No. 494993
1440 New York Avenue, N.W.
Washington, D.C.  20005
(202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of July 2007, a copy of the foregoing *Plaintiff's Rule 26(a)(1)(A) Initial Disclosures* was served by operation of the Court's electronic filing system and by U.S. mail to:

    Robert J. Lourie
    William J. Selle, Esquire
    O'Malley, Miles, Nylen & Gilmore, P.A.
    2007 Tidewater Colony Drive, Suite 2B
    Annapolis, MD 21401

    *Attorneys for Defendants Paul Barnes and IREIS, LLC*

    /s/ Keba U. Riley
    Keba U. Riley