IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL BARNES, *et al.* )<br>)<br>Defendants. )<br>) | Case No: 1:06CV01648 (HHK) |

### JOINT MOTION TO EXTEND TIME FOR DISCOVERY

Plaintiff Leslie Griffith and Defendants Paul Barnes and IREIS, LLC jointly move this Court for an order extending the deadline to complete discovery in the above-captioned matter from October 26, 2007 to December 21, 2007. This delay will not require the delay of any scheduled proceeding. A proposed form of Order is attached.

Respectfully submitted,

By: /s/ Keba U. Riley
Andrew L. Sandler, D. C. Bar No. 381825
Keba Riley, D.C. Bar No. 494993
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Attorneys for Plaintiff*

By: /s/ William J. Selle
Robert J. Lourie
William J. Selle, Esquire
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

*Attorneys for Defendants Paul Barnes and IREIS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October 2007, a copy of the foregoing *Joint Motion to Extend Time for Discovery* was served by operation of the Court's electronic filing system and by U.S. mail to all counsel in this matter:

Robert J. Lourie
William J. Selle, Esquire
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

*Attorneys for Defendants Paul Barnes and IREIS, LLC*

Andrew L. Sandler, D.C. Bar No. 381825
Keba Riley, D.C. Bar No. 494993
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Attorneys for Plaintiff*

/s/ Keba U. Riley
Keba U. Riley