IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*<br><br>    Defendants. | Case No: 1:06CV01648 (HHK) |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Extend Time for Discovery, it is hereby

ORDERED that the Motion is granted; and further

ORDERED that the deadline to conduct fact discovery is set at December 21, 2007.

_____
The Honorable Judge Henry H. Kennedy
United States District Judge

Dated: _____, 2007
      Washington, DC