# Exhibit 4

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH | : |
|     Plaintiff | : |
| v. | : Case No.: 1:06CV01648 (HHK) |
| PAUL BARNES, et al. | : |
|     Defendants | : |

### RESPONSE TO PLANTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS FROM DEFENDANTS PAUL BARNES AND IREIS, LLC

TO:    Leslie Griffith, Plaintiff

FROM:    Paul Barnes and IREIS, LLC, Defendants

Defendants Paul Barnes and IREIS, LLC, through their attorneys, O'Malley, Miles, Nylen & Gilmore, P.A., Robert D. Lourie, and William J. Selle, pursuant to Rule 34 of the Federal Rules of Civil Procedure responds to Plaintiff's First Set of Request for Production of Documents as follows:

*******************

1.    All documents that reflect, refer to or relate to Leslie Griffith or the Griffith Home, including but not limited to: (a) all documents relating to any loan, agreement or lease relating to the Griffith Home; (b) all documents relating to any transfer of ownership of the Griffith Home; (c) checks, receipts, invoices, deeds of trust, promissory notes, and loan agreements, reflecting payments by IREIS and/or Barnes to Ms. Griffith (or any person on behalf); (d) checks, money orders, and receipts, reflecting payments by Plaintiff to Mr. Barnes and/or IREIS; (e) Certificates of Occupancy which Barnes and/or IREIS obtained for the Griffith Home; (f) documents reflecting communications by any other person relating to the Griffith Home, including but not limited to any offers made or received by Barnes and/or IREIS to purchase and/or rent the Griffith Home; (g) all rental

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

1

agreements, leases, offers of purchase, and/or contracts for sale relating to the Griffith Home, including but not limited to all documents relating to any attempted or completed sale and/or encumbrance of the Griffith Home; (h) all documents relating to loans and/or lines of credit obtained using the Griffith Home as collateral and/or security; all HUD-1 Settlement Statements relating to the purported transfer of the Griffith Home to Michael Brown or Pamela Davis; (i) all correspondence, notices, notes, or any other communication or documents relating to Plaintiff or the Griffith Home; (j) all documents relating to disclosures made by Barnes and/or IREIS to Plaintiff pursuant to: (a) the federal Truth in Lending Act, 15 U.S.C. §§1601 *et seq.*; (b) the D.C. Mortgage Lenders and Brokers Act, D.C. Code §§26-1101, et *seq.*; (c) the D.C. Loan Shark Act, D.C. Code §§28-2201 *et seq.*; (d) the D.C. Home Loan Protection Act, D.C. Code §§26-1151.01 *et seq.*; or (e) the D.C. Tenant's Opportunity to Purchase Act, D.C. Code §§42-3404.1, *et seq.*, regarding extending of a loan related to, or the purported purchasing of and/or otherwise transferring or obtaining title to, the Griffith Home; and (k) all documents that purport to bear the signature or initials of Leslie Griffith, but which were signed by you, including those signed by you as Leslie Griffith's "Attorney-In-Fact" or were otherwise signed by you based upon the powers conferred to you by any power of attorney granted to you by Leslie Griffith.

**RESPONSE:** To the extent that Defendants are in possession of such items, inspection and related activities will be permitted.

2. All documents you gave to or presented to Leslie Griffith.

**RESPONSE:** Inspection and related activities will be permitted.

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

2

3. All documents relating to or showing any business relationship between Barnes and/or IREIS, on the one hand, and Michael Brown and/or Pamela Davis on the other, including but not limited to: (a) all joint venture agreements or other contracts; (b) all documents reflecting payments of any kind between IREIS and/or Barnes on the one hand and Brown and/or Davis, on the other, without regards to whether those payments relate to the Griffith Home; (c) all correspondence, including correspondence between and among any of Barnes and/or IREIS and Brown and/or Davis, relating to Plaintiff and/or the Griffith Home; (d) all documents and all correspondence, including correspondence between and among any of Barnes, IREIS, Brown or Davis, relating to obtaining or attempting to obtain title to homes in the Washington, D.C. metropolitan area based upon knowledge that the homeowner was having difficulty meeting their mortgage obligations; (e) documents evidencing any amounts owed by Barnes or IREIS to Brown or Davis; and (f) all documents indicating amounts due to Barnes or IREIS from Brown or Davis.

**RESPONSE**: Inspection and related activities will be permitted as to documents related to the transaction involving property formerly owned by Ms. Griffith.

4. All documents that reflect, refer to or relate to the solicitation, advertisement and promotion of loans or investments, real estate services, or foreclosure avoidance assistance offered by you including but not limited to fliers, scripts, solicitation letters, telemarketing programs, videotapes, audiotapes, story boards, handouts to homeowners, and other materials used by you.

**RESPONSE**: Objection, this request asks for irrelevant information not related to the transaction involving the Defendants and Ms. Griffith.

5. All documents that reflect, refer to or relate to real estate transactions or offers to enter into real estate transactions in which you have had involvement in which (a) the selling

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

3

homeowner was offered an arrangement of the nature offered to Plaintiff, (b) the selling homeowner was offered an arrangement which included an option to repurchase the property (or otherwise redeem title to the property), (c) the property was offered to a potential buyer for investment purposes, (d) you entered into a Joint Venture Agreement or other agreement with the potential buyer which related to any promise or commitment made by you to bear or reimburse the buyer for any costs or expenses related to the property, or (e) where you signed closing documents on behalf of anyone else, including but not limited to where you acted as a real estate agent for the seller or buyer, where you participated in matching a buyer or investor with a property, or you had any other involvement, including but not limited to, the contracts for the sale of such properties, documents evidencing the sale or transfer or such properties, agreements entered into with the homeowner from which the property was transferred, powers of attorney obtained from the homeowner, rental agreements pertaining to the properties and Joint Venture Agreements or other documents reflecting the agreement entered into with the buyer of such properties (including all documents relating to properties sold to Pamela Davis or any member of her family).

**RESPONSE:** Objection, this request asks for irrelevant information not related to the transaction involving the Defendants and Ms. Griffith.

6.     All documents relating to real estate transactions in which you signed closing documents on behalf of anyone else, without regards to whether you obtained a power of attorney to sign such documents on the individual's behalf.

**RESPONSE:** Objection, this request asks for irrelevant information not related to the transaction involving the Defendants and Ms. Griffith.

7.     All documents regarding the formation and creation of IREIS, or any other business entity organized by Barnes or IREIS, including but not limited to: (a) the entity's

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.
2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401
(410) 266-9500
FAX NO. (410) 266-9522

4

articles of incorporation or organization; (b) by-laws; (c) limited liability company or partnership agreements; (d) the names and addresses of the entity's officers, directors, and members or limited liability company interest holders; (d) any other corporate formation or constitutional document, whether or not the same has been filed with any governmental or regulatory body; (e) the business plan for the entity; and (f) all documents reflecting the entity's policies, practices, procedures, and/or guidelines concerning the acquisition and/or rental of real property (including all contract templates used in conducting the entity's business).

**RESPONSE:** To the extent that Defendants have such documents in their possession, inspection and related activities will be permitted.

8. All documents relating to or reflecting Barnes' financial status from 2003 to the present, including but not limited to, your state and federal tax returns, bank and/or brokerage account statements, the addresses of any real property beneficially owned by you, the addresses of any real property beneficially owned by you which were sold or transferred by you since 2000, the make and model of any vehicles beneficially owned by you, and a statement of any debts owed by you.

**RESPONSE:** Objection, this request asks for irrelevant information not related to the transaction involving the Defendants and Ms. Griffith.

9. All documents relating to or reflecting IREIS's financial status from 2003 to the present, including but not limited to, the records requested with respect to Defendant Barnes's financial status in Plaintiff's Document Request Number 7, where applicable, as well as any financial statements, annual reports made to the state of Maryland, balance sheets, statements of income, statements of cash flow, and minutes of meetings.

**RESPONSE:** Objection, this request asks for irrelevant information not related to the transaction involving the Defendants and Ms. Griffith.

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522

10. All documents that reflect, refer to or relate to any professional license(s) held by you to conduct business in the Washington, D.C. metropolitan area from 2000 to the present, including but not limited to, any license to practice as a Realtor, real estate broker or property manager license, license or permit to lend money, or housing business licenses.

**RESPONSE:** To the extent that Defendants have such documents, inspection and related activities will be permitted.

11. Without regard to time period, all documents that reflect, refer to or relate to any legal actions, whether civil or criminal in nature, taken against you.

**RESPONSE:** Objection, this request asks for irrelevant information not related to the transaction involving the Defendants and Ms. Griffith.

12. All documents that reflect, refer to or relate to liability insurance held by you or indemnification agreements under which you may benefit that may be applicable to pay damages and/or attorneys fees.

**RESPONSE:** None.

13. All documents supporting or relating to any defense in this case.

**RESPONSE:** Inspection and related activities will be permitted.

14. All documents relating to any of the transactions or claims set forth in the Complaint.

**RESPONSE:** Inspection and related activities will be permitted.

15. All documents IREIS intends to offer into evidence at the trial of this case.

**RESPONSE:** Inspection and related activities will be permitted.

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

16. Any and all documents, tangible items, and/or other information provided to, relied upon by, or generated or produced by, any person IREIS expects to call as an expert witness at the trial of this matter.

**RESPONSE:** None.

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

Respectfully submitted,

**O'MALLEY, MILES, NYLEN & GILMORE, P.A.**

*/s/ Robert D. Lourie*
Robert D. Lourie, MD 9593
rlourie@omng.com

*/s/ William J. Selle*
William J. Selle, D.C. Bar No. 396292
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401
(410) 266-9500
wselle@omng.com

Attorneys for Defendants Paul Barnes and
IREIS, LLC

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2007, a copy of the foregoing Response to Plaintiff's First Set of Requests for Production of Documents from Defendants Paul Barnes and IREIS, LLC was mailed, first class, postage prepaid, to:

Andrew L. Sandler, Esq.
Keba U. Riley, Esq.
1440 New York Avenue, N.W.
Washington, D.C. 20005

Isabelle M. Thabault, Esq.
Robert M. Bruskin
Washington Lawyer's Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Charles Grant Byrd, Jr.
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218

William L. Selle

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

W:\clients\B\Barnes, Paul and IREIS, LLC\Pleadings\Response to Request for Production of Documents.doc

9