IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>     Plaintiff,<br><br> v.<br><br>PAUL BARNES, *et al.*,<br><br>     Defendants. | Case No:<br>1:06CV01648<br>(HHK) |

**RULE 37 CERTIFICATION OF PLAINTIFF'S COUNSEL**
**REGARDING GOOD FAITH NEGOTIATIONS**

  The parties in the above-captioned case, Plaintiff Leslie Griffith ("Plaintiff") and Defendants Paul Barnes and IREIS (collectively, "Defendants"), conferred via telephone and email, in a good faith attempt to settle or narrow this discovery dispute without the need to involved the court. The parties conducted a "meet and confer" telephone call on October 7, 2007. During the call, Counsel for Defendants agreed to reconsider their objections and responses to Plaintiff's discovery requests and to reassess their production. Plaintiff's counsel followed-up with Defendants' counsel on October 16, 2007 via email. However, no additional documents or responses have been produced to date; and the parties are unable to reach a satisfactory agreement.

Dated: October 26, 2007

                 Respectfully Submitted,

                 ____/s/ Keba U. Riley_____
                 Andrew L. Sandler, D. C. Bar No. 381825
                 Keba Riley, D.C. Bar No. 494993
                 1440 New York Avenue, N.W.
                 Washington, D.C. 20005
                 (202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Counsel for Plaintiff*