# Exhibit 3

| | |
|---|---|
| **From:** | Riley, Keba |
| **Sent:** | Tuesday, October 16, 2007 10:39 AM |
| **To:** | 'William J. Selle' |
| **Cc:** | Abrams, Leslie; Sandler, Andrew |
| **Subject:** | Griffith - Scheduling Barnes Deposition |
| **Attachments:** | Notice and Subpoena.pdf |

Joe,

Attached you will find a notice of deposition and a subpoena, both of which are being served today by registered U.S. mail, to schedule Defendant Barnes' deposition and to obtain Defendants' documents.

When we discussed the deficiencies in Defendants' production of documents and interrogatory responses last Monday, you indicated that we would hear back from you within a few days regarding whether additional documents and/or interrogatory responses would be provided. I called your office on Friday to follow up with you and left a message. To date, we have received no response or additional information. Therefore, we are drafting a motion to compel, which will be filed in the next two days if we have not received additional discovery materials to supplement Defendants' prior responses.

Thank you,
**Keba U. Riley**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: 202.371.7274 | F: 202.661.9174
kriley@skadden.com