**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LESLIE GRIFFITH,

                **Plaintiff,**

        **v.**

PAUL BARNES, et al.,

                **Defendants.**

**Civil Action 06-01648 (HHK) (JMF)**

**ORDER OF REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA**

It is this 31st day of October, 2007 hereby,

**ORDERED** that PLAINTIFF LESLIE GRIFFITH'S MOTION TO COMPEL AND MEMORANDUM IN SUPPORT THEREOF, [#39], docketed October 26, 2007, is referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR 72.2 (a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned judge. See LCvR 5.1(f).

                                   Henry H. Kennedy, Jr.
                                   United States District Judge