IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 06-cv-01648 |
| : | (HHK)(JMF) |
| PAUL BARNES, et al. : | |
| : | |
| Defendants : | |

## DEFENDANTS PAUL BARNES AND IREIS, LLC'S OPPOSITION TO PLAINTIFF LESLIE GRIFFITH'S MOTION TO COMPEL DISCOVERY

Paul Barnes and IREIS, LLC, by and through their counsel, Robert D. Lourie, William J. Selle, and O'Malley, Miles, Nylen & Gilmore, P.A., present this Opposition to the Plaintiff's Motion to Compel Discovery. As grounds for their opposition, Defendants state as follows:

1. Plaintiff has filed a Motion to Compel Discovery indicating that Defendants failed to provide discovery within certain categories of requested documents and Answers to Interrogatories.

2. Defendant has objected to many of the requests of the Plaintiff due to the fact that they ask for information which does not involve the transaction which is the subject of the lawsuit and has nothing to do with this lawsuit. The request for information concerning similar transactions in which Mr. Barnes was involved simply have no relevance to this lawsuit and constitute a fishing expedition by the Plaintiff to discover more potential plaintiffs and more potential litigation for her benefit.

3. The original complaint contains a number of causes of action. The first cause of action alleges a violation of the Truth in Lending Act, Homeownership and Equity Protection Act, and Regulation Z. All the violations alleged concern this transaction. None of the violations alleged concern other transactions of Mr. Barnes.

O'MALLEY, MILES, NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

1

4. The second cause of action deals with violation of D.C. Code, §28-3301. Again, this cause of action deals with the transaction between Paul Barnes, IREIS, LLC, and Leslie Griffith, not with other transactions.

5. The third cause of action alleges violation of the D.C. Tenant Opportunity to Purchase Act. Once again, it involves this particular transaction and not other transactions.

6. Similarly, the fourth cause of action, Breach of Fiduciary Duty and Agency Duties; the fifth cause of action, Fraud; the sixth cause of action, Unconscionability; the seventh cause of action, Violation of the D.C. Consumer Protection Procedures Act, Fraudulent Conveyance, Unjust Enrichment, and Breach of Contract all deal with this particular transaction between the parties to this lawsuit.

7. Plaintiff has intimated that Mr. Barnes was involved in other transactions but has not amended her complaint prior to the scheduling order deadline to include other transactions or make any kind of allegations of a widespread practice by Mr. Barnes to commit violations which are alleged in the transaction with Ms. Griffith. Plaintiff is simply attempting to go on a fishing expedition to stir up additional plaintiffs.

8. Plaintiff also indicates that she is entitled to an examination of Mr. Barnes' assets and question as to his ownership of various properties, assets, and his business transactions. Plaintiff sets forth a cause of action for Fraudulent Conveyance. However, no specific facts are alleged which would show that any properties have been transferred by Mr. Barnes. Fraudulent Conveyance is done to defeat the rights of a creditor. At this point in time, the Plaintiff is not a creditor. She has not obtained a judgment against Mr. Barnes. Further, Plaintiff has essentially propounded a set of post-judgment interrogatories so as to exam Mr. Barnes and IREIS, LLC as to their financial condition. At this stage of

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522

2

the proceedings, this is not proper and can only be permitted after a judgment has been entered. Plaintiff is attempting to position herself to gain an advantage by finding Mr. Barnes' assets prior to the time any judgment is entered against him. Defendant vehemently denies the allegations in the complaint and does not believe that he committed any wrongs alleged and that judgment should not be entered against him.

9. Finally, the Defendants' counsel has turned over to Plaintiff any and all documents which Defendants have in their possession, custody, or control, and which are responsive to the Request for Production of Documents and Interrogatories, and which are discoverable. Any further documents that might come into the hands of the Defendants will be provided promptly to the Plaintiff. At this point, all relevant documents have been turned over to the Plaintiff.

WHEREFORE, Defendants Paul Barnes and IREIS, LLC respectfully request that the Motion to Compel be denied.

                              Respectfully submitted,

                              O'MALLEY, MILES, NYLEN & GILMORE, P.A.


/s/ Robert D. Lourie
Robert D. Lourie, MD 9593


/s/ William J. Selle
William J. Selle, D.C. Bar No. 396292
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401
(410) 266-9500
rlourie@omng.com

Attorneys for Defendants Paul Barnes and IREIS, LLC

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of November, 2007, a copy of the forgoing Defendants Paul Barnes and IREIS, LLC's Opposition to Plaintiff Leslie Griffith's Motion to Compel Discovery was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

>Andrew L. Sandler, Esq.
>Keba U. Riley, Esq.
>1440 New York Avenue, N.W.
>Washington, D.C. 20005
>
>Isabelle M. Thabault, Esq.
>Robert M. Bruskin
>Washington Lawyer's Committee for
>  Civil Rights and Urban Affairs
>11 Dupont Circle, N.W., Suite 400
>Washington, D.C. 20036
>
>Charles Grant Byrd, Jr.
>Alston & Byrd
>2518 Maryland Avenue
>Baltimore, Maryland 21218

>>/s/ William J. Selle
>>William J. Selle

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

W:\clients\B\Barnes, Paul\Barnes, Paul and IREIS, LLC\Pleadings\Opposition to Compel Discovery.doc