IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LESLIE GRIFFITH                         *

    Plaintiff                              *

vs.                                             *         Case No. 06-cv-01648 HHK

PAUL BARNES, et al.                 *

    Defendants                        *

### ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter the appearance of Robert D. Lourie as counsel in this case for:

Paul Barnes and IREIS, LLC.


| | |
|---|---|
| 11/08/07 | /s/ Robert D. Lourie |
| Date | |
| | |
| MD 9593 | Robert D. Lourie |
| Bar Identification | Printed Name |
| | |
| | O'Malley, Miles, Nylen & Gilmore, P.A. |
| | 2007 Tidewater Colony Drive, Suite 2B |
| | Annapolis, MD 21401 |
| | 410-266-9500 |
| | rlourie@omng.com |

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 8th day of November, 2007, a copy of the forgoing Entry of Appearance was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

    Andrew L. Sandler, Esq.
    Keba U. Riley, Esq.
    1440 New York Avenue, N.W.
    Washington, D.C. 20005

    Isabelle M. Thabault, Esq.
    Robert M. Bruskin
    Washington Lawyer's Committee for
     Civil Rights and Urban Affairs
    11 Dupont Circle, N.W., Suite 400
    Washington, D.C. 20036

    Charles Grant Byrd, Jr.
    Alston & Byrd
    2518 Maryland Avenue
    Baltimore, Maryland 21218

            /s/ Robert D. Lourie
            Robert D. Lourie

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522