IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>                    Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>                    Defendants. | Case No:<br>1:06CV01648<br>(HHK) (JMF) |

## ERRATA NOTICE

**TO THE CLERK AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Leslie Griffith, by and through counsel on October 26, 2007, filed a Plaintiff Leslie Griffith's Motion to Compel and Memorandum in Support Thereof ("Motion to Compel"). The attached Proposed Order was inadvertently omitted from that filing and is being submitted to correct that error.

Dated: November 9, 2007

                                        Respectfully Submitted,


                                        /s/ Keba U. Riley
                                        Andrew L. Sandler, D. C. Bar No. 381825
                                        Keba Riley, D.C. Bar No. 494993
                                        1440 New York Avenue, N.W.
                                        Washington, D.C. 20005
                                        (202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November 2007, a copy of the foregoing *Errata Notice* was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

> Robert J. Lourie
> O'Malley, Miles, Nylen & Gilmore, P.A.
> 2007 Tidewater Colony Drive, Suite 2B
> Annapolis, MD 21401
>
> *Attorneys for Defendants Paul Barnes and IREIS, LLC*

/s/ Keba U. Riley
Keba U. Riley