UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>      Plaintiff,<br>v.<br><br>PAUL BARNES, *et al.*,<br><br>      Defendants. | Case No:<br> 1:06CV01648<br> (HHK) (JMF) |

ORDER

UPON CONSIDERATION of Plaintiff Leslie Griffith's Motion to Compel and Memorandum in Support Thereof, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that Plaintiff Leslie Griffith's Motion to Compel is hereby granted.

              _____
              Judge, United States District Court for
              the District of Columbia

Copies to:

Andrew L. Sandler, Esq.
1440 New York Ave., NW
Washington, DC 20005

Robert J. Lourie
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401