UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>                Plaintiff,<br>    v.<br><br>PAUL BARNES, *et al.*,<br><br>                Defendants. | Case No:<br>    1:06CV01648<br>    (HHK) (JMF) |

**MOTION TO EXTEND TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff Leslie Griffith, by and through counsel, respectfully moves this Court for an extension of time to file Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel Discovery ("Plaintiff's Reply") to November 13, 2007.

1. Plaintiff's Reply was due to be filed on Friday, November 9, 2007.

2. Plaintiff, by and through the undersigned counsel, served a copy of Plaintiff's Reply by U.S. mail on November 9, 2007.

3. The person who was to file Plaintiff's Reply through the Court's electronic filing system on behalf of undersigned counsel had an asthma attack on Friday, November 9 and was unable to file Plaintiff's Reply on time. The filer attempted to file Plaintiff's Reply on November 10, 2007 (which was docketed as Document No. 46).

4. Plaintiff's counsel discussed this Motion with Defendants' counsel, Robert D. Lourie, Esq. on November 13, 2007. Defendants do not oppose this Motion.

5. Plaintiff's counsel respectfully requests that the Court strike Document No. 46 and accept for filing the copy of Plaintiff's Reply dated November 13, 2007 and accompanied

by a corrected Certificate of Service reflecting the proper date of the filing, attached hereto as Exhibit A.

Dated: November 13, 2007

                                          Respectfully Submitted,

                                          ___/s/ Keba U. Riley_____
                                          Andrew L. Sandler, D. C. Bar No. 381825
                                          Keba Riley, D.C. Bar No. 494993
                                          1440 New York Avenue, N.W.
                                          Washington, D.C.  20005
                                          (202) 371-7000

                                          Isabelle M. Thabault, D.C. Bar No. 318931
                                          Robert M. Bruskin, D.C. Bar No. 164293
                                          Washington Lawyer's Committee for
                                            Civil Rights and Urban Affairs
                                          11 Dupont Circle, N.W., Suite 400
                                          Washington, D.C. 20036
                                          (202) 319-1000

                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2007, a copy of the foregoing Plaintiff's Motion to Extend Time to File Reply to Defendants' Opposition to Plaintiff's Motion to Compel Discovery was served by operation of the Court's electronic filing system and by U.S. mail to all counsel in this matter:

    Robert J. Lourie
    William J. Selle, Esquire
    O'Malley, Miles, Nylen & Gilmore, P.A.
    2007 Tidewater Colony Drive, Suite 2B
    Annapolis, MD 21401

    *Attorneys for Defendants Paul Barnes and IREIS, LLC*

    /s/ Keba U. Riley
    Keba U. Riley