UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LESLIE GRIFFITH,

                            Plaintiff,

      v.

PAUL BARNES, *et al.*,

                           Defendants.

_____

Case No:
   1:06CV01648
   (HHK)(JMF)

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Extend Time to File Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel Discovery, it is hereby

ORDERED that the Motion is granted; and further

ORDERED, that Document No. 46 is hereby stricken; and it is further

ORDERED that the deadline to file Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel Discovery is set at November 13, 2007.

_____
The Honorable Judge Henry H. Kennedy
United States District Judge

Dated: _____, 2007
      Washington, DC