UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>    Defendants. | Case No:<br>    1:06CV01648<br>    (HHK) (JMF) |

### PRAECIPE

The Clerk of the Court will please note the appearance of <u>Leslie J. Abrams</u> as counsel in this case for Plaintiff, Leslie Griffith.

DATED:  November 14, 2007

                                                                Respectfully submitted,


                                                                      /s/  Leslie J. Abrams
                                                                Leslie J. Abrams (DC Bar No. 488280)
                                                                1440 New York Avenue, NW
                                                                Washington, DC  20005
                                                                Telephone:  (202) 371-7000

                                                                *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2007, a copy of the foregoing Praecipe was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

Robert J. Lourie
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

*Attorneys for Defendants Paul Barnes and IREIS, LLC*

                                                     ____/s/_Leslie J. Abrams_____
                                                     Leslie J. Abrams