IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESLIE GRIFFITH | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 06-cv-01648 HHK |
| PAUL BARNES, et al. | : | |
| Defendants | : | |

## ORDER WITHDRAWING APPEARANCE

UPON CONSIDERATION of the Motion to Withdraw Appearance filed by Robert D. Lourie, William J. Selle, and O'Malley, Miles, Nylen and Gilmore, P.A., and any response thereto, it is this _____ day of December, 2007, by the United States District Court for the District of Columbia, hereby

ORDERED, that the Motion to Withdraw Appearance be, and hereby is, GRANTED; and it is further,

ORDERED, that the Appearances of Robert D. Lourie, William J. Selle, and O'Malley, Miles, Nylen & Gilmore, P.A. be, and hereby are, WITHDRAWN.

_____
Judge, United States District Court for
the District of Columbia

Copies to:

Robert D. Lourie, Esq.
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

William J. Selle, Esq.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522

1

Andrew L. Sandler, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Keba U. Riley, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Leslie Abrams, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Isabelle M. Thabault, Esq.
Washington Lawyer's Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Robert M. Bruskin, Esq.
Washington Lawyer's Committee for
 Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Charles Grant Byrd, Jr.
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218

Mr. Paul Barnes
12516 Woodsong Lane
Bowie, Maryland 20721

Mr. Paul Barnes
IREIS, LLC
12516 Woodsong Lane
Bowie, Maryland 20721

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

2

W:\clients\B\Barnes, Paul and IREIS, LLC\Pleadings\Motion to Vacate Order of Default - Order.doc

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522