IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LESLIE GRIFFITH                          :
                                         :
     Plaintiff,                      :
                                         :
  v.                                     :        Case No.: 06-cv-01648 HHK
                                         :
PAUL BARNES, et al.                      :
                                         :
     Defendants                      :

### <u>MOTION TO WITHDRAW APPEARANCE</u>

COMES NOW Robert D. Lourie, William J. Selle and O'Malley, Miles, Nylen & Gilmore, P.A., and moves, pursuant to the Federal Rules of Civil Procedure and Local Civil Rule 83.6(c) to withdraw as counsel for Defendants Paul Barnes and IREIS, LLC, and for reasons state:

1.     No trial date has been scheduled in the above-captioned matter.

2.     On or about November 2, 2007, William J. Selle left the undersigned firm to take a position with the Maryland Attorney General's office.  Robert D. Lourie entered an appearance in this matter on or about November 8, 2007.

3.     Irreconcilable differences have arisen between the undersigned counsel and Defendants Paul Barnes and IREIS, LLC, which materially affect the undersigned's representation of the Defendants.

4.     Undersigned counsel contacted the Defendants some time ago to attempt to resolve these differences, but those communications have not led to a resolution of the irreconcilable differences.

5.     Thereafter, the undersigned wrote to the Defendants and advised of an intent to withdraw.  The undersigned has not received a response to that communication.

6.     In addition, the Defendants have been advised to obtain alternate counsel.

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522

7.      The undersigned counsel has conferred with counsel for the Plaintiff pursuant to Local Civil Rule 7(m)

8.      For such other and further reasons as may be adduced at a hearing of this matter in open court or *in camera*.

WHEREFORE, Robert D. Lourie, William J. Selle and O'Malley, Miles, Nylen & Gilmore, P.A. respectfully request that this Honorable Court issue an order withdrawing their appearance for Defendants Paul Barnes and IREIS, LLC in the above-captioned matter.

Respectfully submitted,

O'MALLEY, MILES, NYLEN & GILMORE, P.A.


/s/ Robert D. Lourie
Robert D. Lourie, MD 9593


/s/ William J. Selle
William J. Selle, D.C. Bar No. 396292
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401
(410) 266-9500
rlourie@omng.com

Attorneys for Defendants Paul Barnes and
IREIS, LLC

### MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure Rule 7

LCvR 7(m)

LCvR 83(c)


/s/ Robert D. Lourie
Robert D. Lourie

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland 21401

(410) 266-9500
FAX NO. (410) 266-9522

**Certification Pursuant to Local Civil Rule 83.6**

     I HEREBY CERTIFY that a copy of this motion was mailed to Defendants Paul Barnes and IREIS, LLC at their last known address along with a notice advising the parties to obtain other counsel, or, if the party intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 3rd day of December, 2007, a copy of the forgoing Motion to Withdraw Appearance was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

          Andrew L. Sandler, Esq.
          Keba U. Riley, Esq.
          Leslie Abrams, Esq.
          1440 New York Avenue, N.W.
          Washington, D.C. 20005

          Isabelle M. Thabault, Esq.
          Robert M. Bruskin
          Washington Lawyer's Committee for
           Civil Rights and Urban Affairs
          11 Dupont Circle, N.W., Suite 400
          Washington, D.C. 20036

          Mr. Paul Barnes
          IREIS, LLC
          12516 Woodsong Lane
          Bowie, Maryland 20721

                 /s/ Robert D. Lourie
                 Robert D. Lourie

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

2007 Tidewater Colony Drive
Suite 2B
Annapolis, Maryland  21401

(410) 266-9500
FAX NO. (410) 266-9522