UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LESLIE GRIFFITH,

                    Plaintiff,

   v.

PAUL BARNES, *et al.*,

                    Defendants.

_____

Case No:
   1:06CV01648
   (HHK) (JMF)

## PRAECIPE

The Clerk of the Court will please note the appearance of <u>Benjamin B. Klubes</u> as counsel in this case for Plaintiff, Leslie Griffith.

DATED: December 10, 2007

                              Respectfully submitted,

                              <u>    /s/ Benjamin B. Klubes    </u>
                              Benjamin B. Klubes (DC Bar No. 428852)
                              1440 New York Avenue, NW
                              Washington, DC 20005
                              Telephone: (202) 371-7000

                              *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2007, a copy of the foregoing Praecipe was filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

Robert J. Lourie
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

*Attorneys for Defendants Paul Barnes and IREIS, LLC*

                                                   /s/ Keba U. Riley
                                                   Keba U. Riley