IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>PAUL BARNES, *et al.* )<br>)<br>      Defendants. )<br>) | Case No: 1:06CV01648<br>(HHK) (JMF) |

### JOINT MOTION TO EXTEND TIME FOR DISCOVERY

Defendants Paul Barnes and IREIS, LLC ("Defendants") and Plaintiff Leslie Griffith jointly move this Court for an order extending the deadline to complete discovery and amending the scheduling order in the above-captioned matter. At present, the discovery deadline is December 21, 2007, and dispositive motions are due January 11, 2008.

Due to the schedule of Defendants' counsel, Plaintiff was only able to schedule depositions of witnesses in this matter, including depositions of Defendants, during the week of December 17, 2007. Plaintiff also served Defendants with Plaintiff's Second Set of Interrogatories on November 21, 2007. Defendants' responses currently are due on December 21, 2007. However, approximately two weeks before these scheduled and noticed depositions were to take place and before Defendants' responses to the propounded interrogatories were due, counsel for Defendants filed a Motion to Withdraw Appearance due to irreconcilable differences with their clients. (Document Nos. 50 and 51). As a result of the motion, Defendants' counsel (Mr. Lourie) conferred with Plaintiff's counsel (Ms. Abrams), and counsel agreed to seek an extension of time to conduct discovery as a result of Defendants' need to secure new counsel. In

addition, on October 26, 2007, Plaintiff filed a motion to compel documents and written responses. The discovery sought there is necessary for preparation of plaintiff's case. That motion is now fully briefed and pending before Magistrate Judge Facciola. In light of the foregoing, the parties jointly request that the Court grant a short extension of the discovery period so that Defendants can obtain new counsel and Plaintiff's motion to compel can be resolved such that there will be an orderly conclusion to discovery.

Plaintiff, however, is concerned that the withdrawal of Defendants' counsel may delay proceedings beyond the brief extension sought here.[1] Consequently, Plaintiff requests that the Court give Defendants until January 23, 2008 to retain new counsel confer with Plaintiff's counsel to reschedule the previously noticed depositions to occur no later than February 28, 2008. Should Defendants fail to find new counsel Plaintiff requests that the Court order Defendants to appear at a status conference no later than February 6, 2008 to determine if they intend to proceed pro se. Should they not appear, Plaintiff would then seek a default judgment.

As noted above, and for the reasons described herein, both parties believe that additional time is needed to permit defendants an opportunity to secure new counsel and to allow both parties time to fairly and adequately complete discovery in this matter. Accordingly, the parties jointly move for an Order directing that the Scheduling Order in this matter be amended as follows:

| Scheduled Event | Date |

---

[1] Defendant Barnes initially retained Henry M. Terrell & Associates, PLLC, for the purpose of discussing a potential settlement of this matter. Mr. Terrell withdrew as counsel for Defendant Barnes on February 8, 2007 after a single meeting to discuss settlement on January 25, 2007. (See Letter from Henry M. Terrell, dated February 8, 2007 attached hereto as Exhibit A). Defendants subsequently retained Robert Lourie, Esq. and William Selle, Esq. of O'Malley, Miles, Nylen & Gilmore, P.A.

| | |
|---|---|
| Defendants to notify Plaintiff of appointment of new counsel and reschedule the previously noticed depositions to occur on or before February 28, 2008 | January 23, 2008 |
| If Defendants fail to so notify, the Court will order defendants to appear at a status conference to determine whether they intend to proceed pro se | February 6, 2008 |
| Defendants' Responses to Plaintiff's Second Set of Interrogatories | February 6, 2008 |
| Rule 26(a)(2) expert disclosures by Plaintiff, followed by expert depositions | thirty (30) days after the Court rules on Plaintiff's pending motion to compel |
| Rule 26(a)(2) expert disclosures by Defendants, followed by expert depositions | thirty (30) days after Plaintiff files her Rule 26(a)(2) expert disclosures |
| Plaintiff's Rule 26(a)(2) rebuttal expert disclosures, followed by expert depositions | thirty (30) days after Defendants' file their Rule 26(a)(2) expert disclosures |
| Discovery Ends (fact and expert discovery) | one hundred twenty (120) days after the Court rules on Plaintiff's motion to compel |
| Dispositive pretrial motions | thirty (30) days after the discovery period ends |
| Opposition to dispositive motions | thirty (30) days after dispositive motions are filed |
| Reply to dispositive motions | fifteen (15) days after oppositions to dispositive motions are filed |
| Hearing on dispositive motions | Court's Preference |
| Status Conference | Court's Preference |
| Rule 26(a)(3) pre-trial disclosures | 30 days prior to pretrial conference |
| Rule 26(a)(3) objections filed | 10 days prior to pretrial conference |
| Proposed pre-trial conference | Court's Preference |

| Proposed trial date | Set at pretrial conference |
|---|---|

A proposed form of Order is attached.

Dated: December 13, 2007

Respectfully submitted,

By: /s/ Leslie J. Abrams
Benjamin B. Klubes, D.C. Bar No. 428852
Keba Riley, D.C. Bar No. 494993
Leslie Abrams, D.C. Bar No. 488280
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Attorneys for Plaintiff*

By: /s/ Robert J. Lourie
Robert J. Lourie
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401
(410) 266-9500

*Attorneys for Defendants Paul Barnes and IREIS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December 2007, a copy of the foregoing *Joint Motion to Extend Time for Discovery* was served by operation of the Court's electronic filing system and by U.S. mail to all counsel in this matter:

Robert J. Lourie
William J. Selle, Esquire
O'Malley, Miles, Nylen & Gilmore, P.A.
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401

*Attorneys for Defendants Paul Barnes and IREIS, LLC*

Benjamin B. Klubes, D.C. Bar No. 428852
Keba Riley, D.C. Bar No. 494993
Leslie Abrams, D.C. Bar No. 488280
1440 New York Avenue, N.W.
Washington, D.C. 20005


Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
   Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036


*Attorneys for Plaintiff*

                                                /s/ Leslie J. Abrams
                                                Leslie J. Abrams