IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH ) | |
| ) | |
| Plaintiff, ) | **Case No: 1:06CV01648** |
| ) | **(HHK) (JMF)** |
| v. ) | |
| ) | |
| PAUL BARNES, *et al.* ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Extend Time for Discovery, it is hereby

ORDERED that the Motion is GRANTED; and

ORDERED that the Scheduling Order in this matter is amended as follows:

| Scheduled Event | Date |
|---|---|
| Defendants to notify Plaintiff of appointment of new counsel and reschedule the previously noticed depositions to occur on or before February 28, 2008 | January 23, 2008 |
| If Defendants fail to so notify, the Court will order defendants to appear at a status conference to determine whether they intend to proceed pro se. | February 6, 2008 |
| Defendants' Responses to Plaintiff's Second Set of Interrogatories | February 6, 2008 |
| Rule 26(a)(2) expert disclosures by Plaintiff, followed by expert depositions | thirty (30) days after the Court rules on Plaintiff's pending motion to compel |

| | |
|---|---|
| Rule 26(a)(2) expert disclosures by Defendants, followed by expert depositions | thirty (30) days after Plaintiff files her Rule 26(a)(2) expert disclosures |
| Plaintiff's Rule 26(a)(2) rebuttal expert disclosures, followed by expert depositions | thirty (30) days after Defendants' file their Rule 26(a)(2) expert disclosures |
| Discovery Ends (fact and expert discovery) | one hundred twenty (120) days after the Court rules on Plaintiff's motion to compel |
| Dispositive pretrial motions | thirty (30) days after the discovery period ends |
| Opposition to dispositive motions | thirty (30) days after dispositive motions are filed |
| Reply to dispositive motions | fifteen (15) days after oppositions to dispositive motions are filed |
| Hearing on dispositive motions | Court's Preference |
| Status Conference | Court's Preference |
| Rule 26(a)(3) pre-trial disclosures | 30 days prior to pretrial conference |
| Rule 26(a)(3) objections filed | 10 days prior to pretrial conference |
| Proposed pre-trial conference | Court's Preference |
| Proposed trial date | Set at pretrial conference |

_____
The Honorable Judge Henry H. Kennedy
United States District Judge

Dated: _____, 200__
    Washington, DC