UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>            Plaintiff,<br><br>      v.<br><br>PAUL BARNES, et al.,<br><br>            Defendants. | Civil Action 06-01648 (HHK) |

### ORDER

On January 10, 2008, this case was called for a status conference. Counsel for plaintiff Leslie Griffith appeared, but neither defendant Paul Brown nor defendant Ireis, L.L.C. appeared.

Accordingly, it is this 16th day of January, 2008, hereby

**ORDERED** that defendants shall show cause in a writing that shall be filed by no later than February 8, 2008, why defendants should not be sanctioned for their failure to appear and/or why a default should not be entered in this action; and it is further

**ORDERED** that in the event a default is not entered, a status conference shall be held on March 21, 2008 at 10:30 AM.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge