UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>            Plaintiff,<br><br>    v.<br><br>PAUL BARNES, et al.,<br><br>            Defendants. | Civil Action 06-01648 (HHK) |

## ORDER

Defendant and cross-claimant Michael Brown has moved pursuant to Fed. R. Civ. P. 41 to dismiss his cross-claims against defendants Paul Barnes and Ireis, L.L.C., without prejudice [#21]. Upon consideration of the motion and the record of this case, the court concludes the motion must be granted.

Accordingly, it is this 4th day of February, 2008, hereby

**ORDERED** that Michael Brown's motion to dismiss his cross-claims [#21] is **GRANTED**.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge