UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL BARNES, et al.,<br><br>        Defendants. | Civil Action 06-01648 (HHK) |

ORDER

On January 10, 2008, this case was called for a status conference. Counsel for plaintiff Leslie Griffith appeared, but neither defendant Paul Barnes nor defendant Ireis, L.L.C. appeared. On January 16, 2008, this court ordered defendants to show cause by February 8, 2008, why they should not be sanctioned for their failure to appear. The January 16, 2008 order inadvertently referred to defendant Paul Barnes as Paul Brown. This order clarifies that defendants Paul Barnes and Ireis, L.L.C. must show cause by February 8, 2008, why they should not be sanctioned for their failure to appear.

Accordingly, it is this 4th day of February, 2008, hereby

**ORDERED** that defendants Paul Barnes and Ireis, L.L.C. shall show cause in a writing that shall be filed by no later than February 8, 2008, why defendants should not be sanctioned for their failure to appear and why a default judgment should not be entered against defendants; and it is further

**ORDERED** that in the event a default judgment is not entered, a status conference shall be held on March 21, 2008, at 10:30 AM.

                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge