UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>                Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>                Defendants. | Case No:<br>1:06CV01648 (HHK)(JMF) |

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BARNES AND DEFENDANT IREIS, L.L.C.

Plaintiff, Leslie Griffith, by and through her Counsel, moves this Court for entry of default judgment against Defendants, Paul Barnes ("Defendant Barnes") and , IREIS, L.L.C. ("Defendant IREIS") (collectively, "Defendants"), upon the complaint heretofore filed and served upon Defendants in accordance with the provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure; and, in support thereof, respectfully represents as follows:

    1.    On September 25, 2006, Plaintiff filed with the Clerk of this Court a Complaint in the above-captioned action against Defendant Barnes, Defendant IREIS, and Defendant Michael Brown[1].

    2.    On February 26, 2007, the Clerk of this Court entered a Default Judgment against Defendants after Defendants acted to delay progress in the case and failed to answer or otherwise defend as to Plaintiff's Complaint.

---

[1]    Plaintiff has reached a settlement with Defendant Brown, who has been dismissed from this case.

3. On April 6, 2007, the Court vacated the Entry of Default.

4. Following a Scheduling Conference on June 13, 2007, discovery commenced on June 30, 2007. Since the commencement of discovery, Defendants have acted to delay and obstruct the prosecution of this case in the following manner:

- The Parties agreed to pursue mediation in March of 2007. However, after several discussions and attempts to schedule the mediation, Defendants' counsel was unable to communicate with Defendants in order to schedule the mediation on the proposed dates in July of 2007. Defendants did not respond to further attempts by Plaintiff to schedule mediation; and, therefore, mediation was abandoned.

- On July 5, 2007, Plaintiff served Defendants with written discovery which was due on August 6, 2007. Defendants failed timely to respond; and ten days after their response was due, Defendants sought an extension of time to respond. Plaintiff agreed to Defendants' request for an extension; however, when Defendants did respond to the discovery requests, their responses were incomplete. After several discussions and attempts to resolve this issue, Plaintiff filed a Motion to Compel on October 26, 2007.

- The Parties scheduled depositions for October 24 and 26, 2007, but Defendants canceled both depositions on October 22, 2007.

- Plaintiff attempted to reschedule depositions for the week of November 12, 2007; but one of Defendants' then counsel, William Selle, left his firm and new dates had to be selected to accommodate the schedule of Defendants' other counsel at the time, Robert Lourie.

- Depositions were then noticed for the week of December 17, 2007, but had to be postponed once more because Mr. Lourie withdrew as counsel on December 3, 2007.

5. On December 19, 2007, the Court ordered the Parties to appear at a status conference on January 10, 2008.

6. Defendants failed to appear at the status conference and, on January 16, 2008, the Court issued an order requiring Defendants to show cause why they "should not be sanctioned for their failure to appear and/or why a default should not be entered in this action" by February 8, 2008.

7. Defendants have failed to respond as ordered by the Court.

8. Attorneys for Plaintiff have received no further communications from Defendants regarding this matter.

9. Pursuant to the provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure, this Court is empowered to enter a judgment by default against Defendants for relief sought by Plaintiff in her Complaint.

WHEREFORE, Plaintiff prays:

a. That pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure a Judgment of Default be entered against Defendants, and that the Clerk of the Court promptly notify Defendants of the Court's action.

b. That a hearing to determine damages and other appropriate relief be held in lieu of the status conference currently scheduled for March 21, 2008.

c. Such other and further relief as the nature of Plaintiff's cause may require.

Respectfully submitted,

/s/ Leslie J. Abrams
Leslie J. Abrams (DC Bar No. 488280)
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for Civil
 Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26<u>th</u> day of February, 2008, a copy of the foregoing Motion for Default Judgment Against Defendant Barnes and Defendant IREIS, L.L.C. and the attached Affidavit in Support of Entry of Default were filed electronically by operation of the Court's electronic filing system and served by U.S. mail to:

PAUL BARNES
12516 Woodsong Lane
Bowie, Maryland 20721

IREIS, L.L.C.
12516 Woodsong Lane
Bowie, Maryland 20721

                                                                            /s/ Leslie J. Abrams
                                                                              Leslie J. Abrams