UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>      Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>      Defendants. | Case No:<br>1:06CV01648 (HHK)(JMF) |

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT BARNES AND DEFENDANT IREIS, L.L.C.**

  Leslie J. Abrams, being duly sworn, deposes and says:

  1.  I am one of the attorneys of record for Leslie Griffith, Plaintiff in the above-captioned action, and I have personal knowledge of the facts set forth in this declaration.

  2.  On September 25, 2006, Plaintiff commenced this action against Defendants Paul Barnes ("Defendant Barnes"), IREIS, LLC ("Defendant IREIS") (collectively, "Defendants") and Michael Brown ("Defendant Brown") by filing a Complaint in this Court. Plaintiff later reached a settlement with Defendant Brown, and Defendant Brown was dismissed from the case.

  3.  On February 26, 2007, upon a motion filed by Plaintiff, the Clerk of this Court entered a Default Judgment against Defendants after Defendants acted to delay progress in the case and failed to answer or otherwise defend as to Plaintiff's Complaint.

4. On April 6, 2007, the Court vacated the Entry of Default.

5. Following a Scheduling Conference on June 13, 2007, discovery commenced on June 30, 2007.

6. The Parties agreed to pursue mediation in March of 2007. However, after several discussions and attempts to schedule the mediation, Defendants' counsel was unable to communicate with Defendants in order to schedule the mediation on the proposed dates in July of 2007. Defendants did not respond to further attempts by Plaintiff to schedule the mediation; and, therefore, mediation was abandoned.

7. On July 5, 2007, Plaintiff served Defendants with written discovery, and Defendants' response was due on August 6, 2007. Defendants failed timely to respond; and, ten days after their response was due, Defendants sought an extension of time to respond. Plaintiff agreed to the extension; however, when Defendants finally responded to the discovery request, their responses were incomplete. After several discussions and attempts to resolve this issue, Plaintiff filed a Motion to Compel on October 26, 2007.

8. The Parties scheduled depositions for October 24 and 26, 2007, but Defendants canceled these depositions on October 22, 2007.

9. Plaintiff attempted to reschedule depositions for the week of November 12, 2007; but one of Defendants' then counsel, William Selle, left his firm and new dates had to be selected to accommodate the schedule of Defendants' other counsel at the time, Robert Lourie.

10. After several conversations, depositions were then noticed for the week of December 17, 2007, but had to be postponed once more because Mr. Lourie withdrew as counsel on December 3, 2007.

11. On December 19, 2007, the Court ordered the Parties to appear at a status conference on January 10, 2008.

12. Plaintiff's counsel appeared at the status conference. However, Defendants failed to appear; and, on January 16, 2008, the Court issued an order requiring Defendants to show cause why they "should not be sanctioned for their failure to appear and/or why a default should not be entered in this action" by February 8, 2008.

13. The Court further scheduled a status conference for March 21, 2008, in the event that default is not entered against Defendants.

14. Defendants failed to respond as ordered by the Court.

15. Attorneys for Plaintiff have received no further communications from Defendants regarding this matter.

16. This declaration is executed in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling Plaintiff to obtain an entry of

default against Defendants Barnes and IREIS, for their failure to answer or otherwise defend as to the Plaintiff's complaint.

Dated: February 26, 2008
      Washington, D.C.

                                                    Leslie J. Abrams (DC Bar No. 488280)
                                                    1440 New York Avenue, NW
                                                    Washington, DC  20005
                                                    Telephone: (202) 371-7000

                                                    *Attorney for Plaintiff*

District of Columbia ss.

Sworn to before me this 26th day of February 2008

_____
Notary Public

My Commission Expires: 10/14/09

Jeffrey P. Neudorfer
Notary Public, District of Columbia
My Commission Expires 10-14-2009