UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>    Plaintiff,<br>v.<br><br>PAUL BARNES, *et al.*,<br><br>    Defendants. | Case No:<br>1:06CV01648<br>(HHK) (JMF) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Default Judgment Against Defendant Barnes and Defendant IREIS, L.L.C. and the attached Affidavit in Support of Entry of Default Judgment, it is hereby

ORDERED that the Motion is granted; and further

ORDERED, Judgment by Default is hereby entered against Defendant Barnes and Defendant IREIS, LLC; and it is further

ORDERED a hearing shall be held on March 21, 2008 at 10:30AM to determine damages and other appropriate relief.

_____
The Honorable Judge Henry H. Kennedy
United States District Judge

Dated: _____, 2008
    Washington, DC