UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>        Plaintiff,<br><br>        v.<br><br>PAUL BARNES, et al.,<br><br>        Defendants. | Civil Action 06-01648 (HHK) |

### ORDER

On January 10, 2008, this case was called for a status conference. Counsel for plaintiff Leslie Griffith appeared, but neither defendant Paul Barnes nor defendant Ireis, L.L.C. appeared.

On January 16, 2008 defendants Paul Barnes and Ireis, L.L.C. were ordered to show cause by no later than February 8, 2008, why they should not be sanctioned for their failure to appear and/or why a default should not be entered in this action.

It appearing that neither Paul Barnes nor Ireis, L.L.C. have shown cause why they should not be sanctioned for their failure to appear and/or why a default should not be entered in this action, it is this 28th day of February 2008 hereby

**ORDERED** that a default shall be entered against defendants Paul Barnes and Ireis, L.L.C.  It is further

**ORDERED** that a damages hearing will be held on April 15, 2008, at 9:45 a.m. in Courtroom 27A.

                                                                                     Henry H. Kennedy, Jr.
                                                                                     United States District Judge