# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:06-cv-01648 |
| ) | (HHK) (JMF) |
| PAUL BARNES, MICHAEL BROWN, IREIS, ) | |
| LLC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF ROBERT M. BRUSKIN

I, Robert M. Bruskin, declare under penalty of perjury that the following is true and correct:

1. I am a member of the Bar of this Court and Senior Counsel at the Washington Lawyers' Committee for Civil Rights and Urban Affairs ("Washington Lawyers' Committee"), counsel of record for Plaintiff Leslie Griffith ("Plaintiff") in this matter. I make this declaration upon first-hand knowledge and I am competent to testify to the matters set forth herein.

2. I submit this declaration in support of Plaintiff's motion for attorneys' fees, expenses, and costs as a prevailing party in this action brought under various state and federal statutes and as a matter of right under the Federal Rules of Civil Procedure.

3. As Senior Counsel at the Washington Lawyers' Committee, I have responsibility for reviewing the Washington Lawyers' Committee's billing statements for work performed on this matter. I personally reviewed all time diaries for the work done on this matter by the attorneys and staff of the Washington Lawyers' Committee. As part of that process, I excluded time that was unproductive, unnecessary, or duplicative.

4. All of the fees for which reimbursement is sought are based on records maintained by the Washington Lawyers' Committee in its normal course of business. All of the hours submitted with this petition were not only actually worked, but were properly documented by contemporaneous time records detailing the time spent by date and activity. I believe that the fees charged to Plaintiffs are appropriate and reasonable and well within the standard in this market for cases of this size and complexity. In lieu of evidence of an actual billing practice, the rates at which compensation is sought for staff of the Washington Lawyers' Committee is derived from the rates for attorneys and law clerks of comparable experience in the community. Specifically, the Washington Lawyers' Committee relies upon the rates set forth in the matrix prepared after *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354, 371 (D.D.C. 1983), *aff'd*, 746 F.2d 4 (D.C. Cir 1984), and updated for the current year by use of a methodology which calculates the matrix rates for each year by using the legal services component of the United States Consumer Price Index.

5. Plaintiff submits the fees actually incurred by the Washington Lawyers' Committee from February 6, 2006 (when the Washington Lawyers' Committee began billing time on this matter) through March 31, 2008. This declaration outlines all fees associated with district court work. The total amount of fees for which Plaintiff seeks reimbursement related to work done by the Washington Lawyers' Committee is $68,961.25. Exhibit A attached hereto provides the actual billing records of the Washington Lawyers' Committee in this matter, which details the breakdown for the attorneys' fees being sought for work done by the Washington Lawyers' Committee. In submitting this request, I excluded time billed by other attorneys and law clerks in the amount of $7,994 or approximately 10% of the total fees billed to this matter.

**Counsel's Experience, Expertise and Time Spent**

6. The Washington Lawyers' Committee for Civil Rights and Urban Affairs for over 30 years has represented both individuals and groups seeking to vindicate their civil rights. It has handled over 5,000 civil rights cases, in employment, housing, public accommodations, and other aspects of urban life. It represents people with claims of discrimination based on disability, race, gender, national origin, age, religion, and sexual orientation. Leveraging its own broad expertise in discrimination litigation with the resources of Washington, D.C.'s private bar, the Committee's litigation efforts have become nationally known for landmark court victories, record judgments, and precedent-setting consent decrees.

7. I have been the individual at the Washington Lawyers' Committee primarily responsible for representing Plaintiff in this matter.

8. I have been Senior Counsel at the Washington Lawyer's Committee since October, 2004. I received a Bachelor of Chemical Engineering Degree from the City College of the City University of New York in 1968 and a J.D. from the Georgetown University School of Law in 1972. My responsibilities at the Washington Lawyer's Committee include development and litigation of housing matters and other civil rights cases. Before joining the Washington Lawyer's Committee, I was a partner at Howrey, LLP, and a member of the firms Global Litigation Group. Before retiring from Howrey, I had practiced at the firm since 1973. As a partner at Howrey, I was responsible for litigating and trying complex disputes involving a broad range of commercial issues. In addition, I handled on a *pro bono* basis, several civil rights matters. I was admitted to the bar of the District of Columbia in 1973 and am also admitted to the U.S. Supreme Court Bar and numerous Federal District and Appellate Courts. I have argued before the Court of Appeals for the Third Circuit and the Court of Appeals for the Federal Circuit and have litigated cases in this District, in the Southern District of New York, the Eastern District of Louisiana, the Eastern District of Pennsylvania, the Southern District of Ohio, the Central District of

California and the Court of Federal Claims as well as various Federal agencies. Since joining the Washington Lawyer's Committee I have litigated numerous civil rights matters both in Federal and state court in the District of Columbia and before various local agencies.

9. In this matter, I had primary responsibility for the Washington Lawyers' Committee's representation of Plaintiffs. I spent 107.94 hours between February 2, 2006 and March 20, 2008 litigating on behalf of Plaintiffs in this matter. My current standard hourly billing rate is $645.00, pursuant to the Updated *Laffey* matrix. Exhibit A attached hereto details the number of hours I have worked and my hourly rates between February 2, 2006 and March 20, 2008.

### The Reasonableness of the Hourly Rates Charged

10. The rates listed above and on Exhibit A have been incurred on Plaintiff's behalf and billed. I believe that this hourly rate is reasonable. The rate listed above is well within the standard rates prevailing in the community. They are derived from the matrix adopted for use by legal services organizations in the District of Columbia that lack evidence of an actual billing practice pursuant to *Laffey v. Northwest Airlines, Inc.*, 573 F. Supp. 354, 371 (D.D.C. 1983), *aff'd*, 746 F.2d 4 (D.C. Cir 1984), and updated for the current year by use of an adjustment factor based on the nationwide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor. This Updated *Laffey* Matrix has been regularly accepted as reflecting the rates prevailing in this community by federal courts in the District of Columbia. See e.g. *Covington v. District of Columbia*, 57 F.3d 1101, 1109 (D.C. Cir. 1995); *Muldrow v. Re-Direct, Inc.* 397 F. Supp. 2d 1, 4 (D.D.C. 2005); *Smith v. District of Columbia*, 2006 U.S. Dist. LEXIS 91442 (D.D.C. Dec. 19, 2006).

### The Reasonableness of the Hours Incurred by Counsel

11. The number of hours listed above as being billed by the Washington Lawyers' Committee attorneys have been incurred on the Plaintiff's behalf. The number of hours expended on this matter were necessary and are also entirely reasonable.

12. At all relevant times, I worked continuously on this litigation at the district court level. I was present during all of the hearings and proceedings in this matter. I was involved in preparing and/or reviewing the legal work for which reimbursement is sought in this motion. In accordance with the Washington Lawyers' Committee's billing practices, and as discussed above in paragraph 4, I excluded from the bills time that I determined was unproductive, unnecessary, or duplicative. I carefully reviewed each Washington Lawyers' Committee individual task entry and the time spent as well. Any entries deemed duplicative, unproductive or otherwise unnecessary were eliminated. It is my belief that the hours expended and sought in the instant motion were reasonably necessary for the representation of Plaintiffs in this action.

13. Generally, the tasks requiring attorney time on behalf of Plaintiffs included: fact investigation, preparation and filing of the complaint and other initial pleadings, conducting ongoing factual and legal research, reviewing and producing documents, preparing witnesses for depositions, requesting and responding to discovery, participating in hearings and conferences with the Court, as well as settlement efforts. The hours expended to accomplish these tasks were reasonable. The Plaintiff's counsel ably, effectively, and expeditiously litigated this case.

14. The issues, claims and defenses that Plaintiff reasonably believed would be litigated were numerous and complex. Among other things, the complaint alleges violations of numerous complex federal and state laws that are technical and complex in nature.

**Other Litigation Expenses**

15. I, Robert M. Bruskin, declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on:

April 10, 2008
Date

Robert M. Bruskin

# Exhibit A to Bruskin Affidavit

4/2/2008  
2:38 PM

Washington Lawyers Committee for Civil Rights  
Time Report with Fee Totals

Page 1

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 2/6/2006 | Bruskin, B | Analyze file; prepare for meeting with co-counsel; meet with co-counsel | 3.00 | $1,935.00 |
| 3/29/2006 | Bruskin, B | Review draft complaint; discuss with cocounsel | 0.75 | $483.75 |
| 4/3/2006 | Bruskin, B | Analyze draft complaint; meet with co-counsel to review and discuss | 3.00 | $1,935.00 |
| 4/10/2006 | Bruskin, B | Review interview notes and e-mail re: witnesses | 1.00 | $645.00 |
| 5/5/2006 | Bruskin, B | Review draft complaint; discuss with I. Thabault; discuss same with cocounsel | 3.00 | $1,935.00 |
| 9/6/2006 | Bruskin, B | Analyze revised complaint | 1.08 | $698.75 |
| 11/2/2006 | Bruskin, B | Review answer filed by defendant; related email correspondence with cocounsel | 1.58 | $1,021.25 |
| 11/20/2006 | Bruskin, B | Prepare for and attend meeting with P. Davis and cocounsel; discuss same with I. Thabault | 2.17 | $1,397.50 |
| 11/21/2006 | Bruskin, B | Meet with I. Thabault and discuss recent meeting with defendants and proposed plan for resolution | 0.75 | $483.75 |
| 11/27/2006 | Bruskin, B | Draft emails to and review emails from cocounsel re strategy and adding defendants | 1.17 | $752.50 |
| 12/19/2006 | Bruskin, B | Review and revise amended complaint; review settlement letters with Brown; correspondence with cocounsel re same | 4.17 | $2,687.50 |
| 12/27/2006 | Bruskin, B | Analyze final draft amended complaint; review retention agreement; discuss settlement issues with I. Thabault | 2.00 | $1,290.00 |
| 1/2/2007 | Bruskin, B | Review amended complaint and settlement agreement; review emails with cocounsel and telephone conversation with K. Riley re same | 2.67 | $1,720.00 |
| 1/3/2007 | Bruskin, B | Analyze settlement agreement and stipulation of dismissal; discuss settlement with I. Thabault and cocounsel; work on same | 2.17 | $1,397.50 |
| 1/4/2007 | Bruskin, B | Review motion re status conference; discuss same and settlement meeting via email with cocounsel | 0.75 | $483.75 |
| 1/8/2007 | Bruskin, B | Email discussion with K. Riley re amending complaint and settlement | 0.33 | $215.00 |
| 1/25/2007 | Bruskin, B | Prepare for and attend settlement meeting with Barnes and attorney at Skadden; brief I. Thabault | 2.50 | $1,612.50 |
| 1/29/2007 | Bruskin, B | Analyze settlement draft and discuss same with K. Riley | 2.00 | $1,290.00 |

| 4/2/2008 2:38 PM | | Washington Lawyers Committee for Civil Rights Time Report with Fee Totals | | | Page 2 |
|---|---|---|---|---|---|
| Date | Timekeeper | Activity | Hours | Fees | |
| 2/12/2007 | Bruskin, B | Email to K. riley re recent developments; review recent email traffic | 0.75 | $483.75 | |
| 3/19/2007 | Bruskin, B | Email to cocounsel re hearing and settlement; discuss same with I. Thabault | 1.33 | $860.00 | |
| 3/20/2007 | Bruskin, B | Analyze new pleadings and settlemnt posture; discuss distribution of settlement proceeds with cocounsel and I. Thabault | 1.33 | $860.00 | |
| 3/27/2007 | Bruskin, B | Review brief re default; email with cocounsel re same | 2.00 | $1,290.00 | |
| 3/28/2007 | Bruskin, B | Telephone call with cocounsel re distribution of proceeds and discuss same with I. Thabault | 0.50 | $322.50 | |
| 3/29/2007 | Bruskin, B | Review and revise opposition brief; discuss same with co-counsel | 3.75 | $2,418.75 | |
| 3/30/2007 | Bruskin, B | Review and revise opposition brief | 2.00 | $1,290.00 | |
| 4/5/2007 | Bruskin, B | Review reply brief; discuss with cocounsel settlement and filing deadlines | 1.67 | $1,075.00 | |
| 4/9/2007 | Bruskin, B | Review court decision on default and discuss with K. Riley | 0.75 | $483.75 | |
| 4/17/2007 | Bruskin, B | Prepare for and attend settlement meeting with defendant; discuss same with I. Thabault | 3.42 | $2,203.75 | |
| 4/18/2007 | Bruskin, B | Draft settlement agreement. | 1.67 | $1,075.00 | |
| 4/19/2007 | Bruskin, B | Analyze edits to settlement agreement made by I. Thabault and discuss with cocounsel | 1.00 | $645.00 | |
| 4/25/2007 | Bruskin, B | Email with cocounsel re status of settlement | 0.50 | $322.50 | |
| 5/10/2007 | Bruskin, B | Review counter offer from defendant; review documents related to settlement and calculations | 1.17 | $752.50 | |
| 5/14/2007 | Bruskin, B | Analyze settlement | 0.75 | $483.75 | |
| 5/15/2007 | Bruskin, B | Review settlement correspondence | 0.75 | $483.75 | |
| 5/21/2007 | Bruskin, B | Review proposed discovery order and communicate with cocounsel re same and settlement issues | 1.17 | $752.50 | |
| 5/22/2007 | Bruskin, B | Analyze discovery schedule; reivew materials related to Davis proposal; discuss conference with K. Riley | 1.17 | $752.50 | |
| 5/23/2007 | Bruskin, B | Conference call with opposing counsel re pretrial order; discuss same with cocounsel and I. Thabault | 1.33 | $860.00 | |
| 6/5/2007 | Bruskin, B | Analyze current draft of pretrial stipulations | 0.75 | $483.75 | |

4/2/2008  
2:38 PM

Washington Lawyers Committee for Civil Rights  
Time Report with Fee Totals

Page 3

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 6/11/2007 | Bruskin, B | Email to cocounsel re status conference; prepare for same. | 0.67 | $430.00 |
| 6/13/2007 | Bruskin, B | Prepare for and attend status conference; discuss same with I. Thabault | 2.25 | $1,451.25 |
| 6/19/2007 | Bruskin, B | Prepare for and attend meeting with client and co-counsel; discuss with I. Thabault (20%) | 3.75 | $2,418.75 |
| 6/20/2007 | Bruskin, B | Prepare for meeting with cocounsel | 1.17 | $752.50 |
| 6/21/2007 | Bruskin, B | Review draft discovery; prepare for and meet with co-counsel re discovery and settlement | 4.17 | $2,687.50 |
| 6/22/2007 | Bruskin, B | Email to co-counsel re interviews and discuss same with I. Thabault | 1.00 | $645.00 |
| 6/25/2007 | Bruskin, B | Review discovery demands and witness interview protocol | 1.17 | $752.50 |
| 7/5/2007 | Bruskin, B | Analyze status of discovery demands, review witness interview lists | 1.33 | $860.00 |
| 7/12/2007 | Bruskin, B | Prepare for and participate in conference call with co-counsel re witness interviews and related matters. | 1.58 | $1,021.25 |
| 7/18/2007 | Bruskin, B | Review interview outlines and initial disclosure; discuss same with intern and cocounsel | 2.25 | $1,451.25 |
| 7/23/2007 | Bruskin, B | Review discovery from defendant and discuss with cocounsel | 1.67 | $1,075.00 |
| 8/6/2007 | Bruskin, B | Discuss recent developments with I. Thabault and cocounsel; emails re same | 0.75 | $483.75 |
| 9/7/2007 | Bruskin, B | Review draft discovery responses and motion for extension of time; emails to cocounsel re both | 2.00 | $1,290.00 |
| 9/18/2007 | Bruskin, B | Email to co-counsel re experts; discuss with R. Boggs and I. Thabault; discuss experts with various collegues | 2.17 | $1,397.50 |
| 9/26/2007 | Bruskin, B | Review witness files for follow up; work on experts | 2.08 | $1,343.75 |
| 9/28/2007 | Bruskin, B | Review discovery demands and prepare for conference call with cocounsel re status of experts and discovery issues | 2.00 | $1,290.00 |
| 10/17/2007 | Bruskin, B | Review motion to compel and comment | 0.75 | $483.75 |
| 10/24/2007 | Bruskin, B | Meet with client and prepare for her deposition | 4.00 | $2,580.00 |
| 11/16/2007 | Bruskin, B | Conference call with cocounsel re scheduling; meet with LECG re expert witness | 2.25 | $1,451.25 |
| 11/28/2007 | Bruskin, B | Organize meeting with expert and cocounsel | 0.33 | $215.00 |

4/2/2008  
2:38 PM

Washington Lawyers Committee for Civil Rights  
Time Report with Fee Totals

Page 4

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 11/29/2007 | Bruskin, B | Prepare for and meet with prospective expert witness; discuss status of discovery with cocounsel | 2.00 | $1,290.00 |
| 1/8/2008 | Bruskin, B | Conference call with cocounsel re status conference | 0.50 | $322.50 |
| 1/10/2008 | Bruskin, B | Prepare for and attend status conference | 1.17 | $752.50 |
| 3/7/2008 | Bruskin, B | Prepare for and participate in conference call with cocousel re preparation for damages hearing | 0.75 | $483.75 |
| 3/20/2008 | Bruskin, B | Prepare for and participate in conference call with expert and cocounsel re default judgment and damage claim; work on fee petition | 3.33 | $2,150.00 |
| 3/31/2008 | Bruskin, B | Draft fee affidavit | 1.17 | $752.50 |
| Grand Total | | | 108.11 | $69,713.75 |