UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>                    Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*,<br><br>                    Defendants. | Case No: 1:06CV01648<br>(HHK) (JMF) |

### **PROPOSED ORDER**

Upon consideration of Plaintiff's Application for Attorneys' Fees and Costs, it is hereby

ORDERED that the Application is granted; and further

ORDERED that Defendant Barnes and Defendant IREIS, jointly and severally, pay Attorneys Fees and Costs in the amount of $314,203 to Skadden, Arps, Slate, Meagher & Flom, LLP; and

ORDERED Defendant Barnes and Defendant IREIS, jointly and severally, pay Attorneys Fees and Costs in the amount of $68,961 to the Washington Lawyers Committee for Civil Rights and Urban Affairs.

 

                                                                               The Honorable Judge Henry H. Kennedy
                                                                               United States District Judge

Dated: _____, 2008
        Washington, DC