UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>PAUL BARNES, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No: 1:06CV01648<br>(HHK) (JMF) |

## NOTICE OF SUBMISSION OF PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to the Court's order during the Hearing on Damages held in the above referenced matter on April 15, 2008, Plaintiff Leslie Griffith hereby submits Proposed Findings of Fact and Conclusions of Law. *Plaintiff's Proposed Findings of Fact and Conclusions of Law* are attached hereto at Exhibit 1.

Also attached hereto at Exhibit 2 is the *Affidavit of Leslie J. Abrams in Support of Plaintiff's Proposed Findings of Fact and Conclusions of Law* which attests to the fact that Defendant Barnes dissolved Defendant IREIS on July 27, 2007. Finally, attached hereto at Exhibit 3, in accordance with the Court's request that Plaintiff's expert on damages, Gregory Smith, calculate prejudgment interest as of May 28, 2008 and June 11, 2008, is an the *Affidavit of Gregory E. Smith*, detailing the requested calculations of prejudgment interest.

Respectfully Submitted,
/s/Leslie Abrams
Benjamin Klubes, D.C. Bar No. 428852
Leslie Abrams, D.C. Bar No. 488280
Keba Riley, D.C. Bar No. 494993
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000

*Counsel for Plaintiff*