# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x

LESLIE GRIFFITH,

          Plaintiff,

- against -

PAUL BARNES, *et al.*,

          Defendant.

------------------------------x

Case No:

1:06CV01648
(HHK) (JMF)

### AFFIDAVIT OF LESLIE J. ABRAMS IN SUPPORT OF PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Leslie J. Abrams, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and an associate with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps"). Together with Benjamin Klubes, a Skadden Arps partner, Keba Riley, a Skadden Arps associate, and co-counsel Washington Lawyers' Committee for Civil Rights and Urban Affairs, I represent Plaintiff Leslie Griffith ("Plaintiff") in the above-captioned litigation against Defendants Paul Barnes ("Defendant Barnes") and IREIS, LLC ("Defendant IREIS") (collectively, "Defendants").

2. I submit this affidavit in support of Plaintiff's Proposed Findings of Fact and Conclusions of Law.

3. Defendant Barnes voluntarily dissolved Defendant IREIS on July 27, 2007. Attached hereto at Attachment 1 is a printout of the Business Entity

Information page regarding Defendant IREIS from the Maryland Department of Assessments and Taxation's webpage. Also attached hereto at Attachment 2 is a letter from Markita Barrett, an Associate Customer Specialist at the research firm CT, stating that the date of dissolution was July 27, 2007.

4. Plaintiff's counsel, in good faith, believes that the information provided herein is true and accurate to the best of her knowledge.

Executed on:

_5/9/08_
Date

_[signature]_
Leslie J. Abrams

City of Washington
District of Columbia

Subscribed and sworn to before me, _Jeffrey Neudorfer_, a Notary Public for the District of Columbia, this _9_ day of May, 2008.

_[signature]_
Notary Public
My Commission Expires: _10/14/09_

Jeffrey P. Neudorfer
Notary Public, District of Columbia
My Commission Expires 10-14-2009

2

## Maryland Department of Assessments and Taxation

**Taxpayer Services Division**
301 West Preston Street ⚜ Baltimore, MD 21201   (2007 vw2.3)

Main Menu | Security Interest Filings (UCC) | Business Entity Information (Charter/Personal Property) New Search | Rate Stabilization Notices | Get Forms | Certificate of Status | SDAT Home

### Taxpayer Services Division

**Entity Name: IREIS, LLC**
**Dept ID #: W07703473**

| General Information | Amendments | Personal Property | Certificate of Status |

| | |
|---|---|
| **Principal Office (Current):** | 12138 CENTRAL AVE. #964 BOWIE, MD 20721 |
| **Resident Agent (Current):** | PAUL E. BARNES 12138 CENTRAL AVE. #964 BOWIE, MD 20721 |
| **Status:** | DISSOLVED |
| **Good Standing:** | No |
| **Business Code:** | Other |
| **Date of Formation or Registration:** | 12/17/2003 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity |


a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

April 15, 2008

Dawn MacFarline
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware 19801

RE: **IREIS, LLC (MD DOM)**

Dear Dawn,

Pursuant to your request, we have contacted the Maryland Department of Assessments and Taxation regarding the above named entity and we were advised the company voluntarily dissolved on July 27, 2007.

The company organized on December 17, 2003. The principal office address last reported is 12138 Central Avenue, Bowie MD 20721. The registered agent on record is Paul E. Barnes, 12138 Central Ave, #964, Bowie, MD 20721

If we can be of any further assistance, or if there are any questions concerning the above, please do not hesitate to contact our office.

Sincerely yours,

Markita Barrett
Associate Customer Specialist

Facsimile and Hand Delivery

Attachment 2