# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL BARNES, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:06CV01648<br>(HHK) (JMF) |

## AFFIDAVIT OF
## GREGORY E. SMITH

Gregory E. Smith being duly sworn, deposes and says:

1. I am a Director with LECG, LLC. My business address is 1725 Eye Street, NW, Washington, DC 20006. I am a Certified Public Accountant.

2. I was retained by counsel for Leslie Griffith ("Plaintiff") in the above captioned matter to determine any damages due to the alleged actions of Paul Barnes, Michael Brown, and IREIS, LLC. I prepared an Expert Report Dated April 8, 2008 (the "Expert Report"), and testified in Court on April 15, 2008.

3. In both the Expert Report and testimony, I determined a prejudgment interest amount to be applied to the damages suffered by Ms. Griffith. I calculated prejudgment interest at the 6% statutory interest rate set forth in D.C. CODE § 28-3302(a). My calculations were set forth in Exhibit 4 to the Expert Report and included interest through April 9, 2008.

4. Counsel for Ms. Griffith have asked me to calculate prejudgment interest through two alternative dates, May 28, 2008 and June 11, 2008, respectively. I have performed these calculations.

5. Prejudgment interest through May 28, 2008 totals $36,953, as shown in Attachment 1 to this affidavit. Prejudgment interest through June 11, 2008 totals $37,505, as shown in Attachment 2 to this affidavit.

6. I hereby affirm that the information provided herein is true and accurate to the best of my knowledge.

Executed on:

_5/9/08_
Date

_[signature]_
Gregory E. Smith

City of Washington
District of Columbia

Subscribed and sworn to before me, _Charlotte L. Brown_, a Notary Public for the District of Columbia, this _9th_ day of May, 2008.

_[signature] Charlotte Brown_
Notary Public
My Commission Expires: _5/31/08_

2

Leslie Griffith v. Paul Barnes, et al
Calculation of Prejudgment Interest

| | | | | | |
|---|---|---|---|---|---|
| Unjust Enrichment as of 11/4/2005 a/ | | | $ 240,574 | | |
| Prejudgment Interest at | | 6% b/ | | | |
| | 11/5/2005 | to | 11/4/2006 | $ | 14,434 |
| | 11/5/2006 | to | 11/4/2007 | | 14,434 |
| | 11/5/2007 | to | 5/28/2008 | | 8,085 |
| | Total Prejudgment Interest | | | $ | 36,953 |

a/  Source: Exhibit 2
b/  Statutory interest rate. Interest is computed as simple interest.

Leslie Griffith v. Paul Barnes, et al
Calculation of Prejudgment Interest

| | | | | |
|---|---|---|---|---|
| Unjust Enrichment as of 11/4/2005 a/ | | | $ 240,574 | |
| Prejudgment Interest at | 6% b/ | | | |
| 11/5/2005 | to | 11/4/2006 | $ 14,434 | |
| 11/5/2006 | to | 11/4/2007 | 14,434 | |
| 11/5/2007 | to | 6/11/2008 | 8,637 | |
| Total Prejudgment Interest | | | | $ 37,505 |

a/   Source: Exhibit 2
b/   Statutory interest rate. Interest is computed as simple interest.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, a copy of the foregoing *Notice of Plaintiff's Proposed Findings of Fact and Conclusions of Law* was served by operation of the Court's by U.S. mail to Defendants in this matter:

> PAUL BARNES
> 12516 Woodsong Lane
> Bowie, Maryland 20721
>
> IREIS, L.L.C.
> 12516 Woodsong Lane
> Bowie, Maryland 20721

/s/ Leslie J. Abrams
Leslie J. Abrams