UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>                      Plaintiff,<br>v.<br><br>PAUL BARNES, *et al.*,<br><br>                      Defendants. | Case No: 1:06CV01648<br>(HHK) (JMF) |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Damages, it is hereby

ORDERED that the Motion is granted; and further

ORDERED that Plaintiff be awarded Damages in the form of disgorgement and statutory damages totaling $240,574 against Defendant Paul Barnes and Defendant IREIS, LLC, jointly and severally;

ORDERED that Plaintiff be awarded prejudgment interest calculated at 6% per annum, totaling [$36,953 as of May 28, 2008 or $37,505 as of June 11, 2008], against Defendant Paul Barnes and Defendant IREIS, LLC, jointly and severally;

ORDERED that Plaintiff be awarded Punitive Damages in the amount of $[ an amount to be determined by the Court] against Defendant Paul Barnes and Defendant IREIS, LLC, jointly and severally; and

ORDERED that Defendant Paul Barnes, Defendant IREIS, LLC, and any other companies formed by or associated with Defendant Paul Barnes or Defendant IREIS, LLC, are, hereby, enjoined, from engaging in any of the following practices:

    (a)    making or inducing or arranging for others to make any residential real estate related loan or mortgage;

    (b)    facilitating or inducing or arranging for others to facilitate the transfer of any residential real estate not otherwise owned by Defendants; or

  (c) representing or purporting to represent to any individual that Defendants can assist said individual in resolving or otherwise addressing any residential real estate mortgage related debt or delinquency issue.

_____
The Honorable Judge Henry H. Kennedy
United States District Court Judge

Dated: _____, 2008
   Washington, DC