UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>              Plaintiff,<br><br>       v.<br><br>PAUL BARNES, et al.,<br><br>              Defendants. | Civil Action 06-01648 (HHK) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 11th day of June 2008, hereby

**ORDERED AND ADJUDGED** that judgment is entered in favor of Leslie Griffith in the amount of $378,079, which consists of: (1) disgorgement of $240,574; (2) $37,505 in prejudgment interest; and (3) punitive damages of $100,000.

                                                                                             Henry H. Kennedy, Jr.
                                                                                             United States District Judge