IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL BARNES, *et al.* )<br>)<br>Defendants. )<br>) | **Case No: 1:06CV01648 (HHK)** |

**MOTION TO EXTEND TIME FOR FILING A SUPPLEMENT TO PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Leslie Griffith ("Plaintiff"), by her attorneys, requests that the Court grant an extension of time to file a supplement to Plaintiffs' Application for Attorneys' Fees and Costs (the "Application"). On August 11, 2008, the Court ordered the Application to be held in abeyance pending the provision of further addition evidence in support of the Application. Plaintiff's attorneys are in the process of compiling the additional evidence requested by the Court; however, additional time is necessary to gather supporting documents and declarations.

Accordingly, Plaintiff requests that the Court grant her Motion to Extend Time for Filing a Supplement to Plaintiffs' Application for Attorneys' Fees and Costs and Order that said supplement be filed no later than September 9, 2008.

Respectfully submitted,

By: __/s/ Leslie J. Abrams_____
Benjamin Klubes, D.C. Bar No. 428852
Leslie Abrams, D.C. Bar No. 488280
Keba Riley, D.C. Bar No. 494993
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

Isabelle M. Thabault, D.C. Bar No. 318931
Robert M. Bruskin, D.C. Bar No. 164293
Washington Lawyer's Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE GRIFFITH,<br><br>                Plaintiff,<br><br>v.<br><br>PAUL BARNES, *et al.*<br><br>                Defendants. | **Case No: 1:06CV01648 (HHK)** |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Extend Time for Filing a Supplement to Plaintiffs' Application for Attorneys' Fees and Costs, it is hereby

ORDERED that the Motion is granted; and further

ORDERED that the deadline to submit supplementary evidence is September 9, 2008.

_____
The Honorable Judge Henry H. Kennedy
United States District Judge

Dated: _____, 2008
      Washington, DC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August 2008, a copy of the foregoing Motion to Extend Time for Filing a Supplement to Plaintiffs' Application for Attorneys' Fees and Costs was served by operation of the Court's electronic filing system and by U.S. mail Defendants in this matter:

>PAUL BARNES
>12516 Woodsong Lane
>Bowie, Maryland 20721
>
>IREIS, L.L.C.
>12516 Woodsong Lane
>Bowie, Maryland 20721

                                                /s/ Leslie J. Abrams
                                                  Leslie J. Abrams