# EXHIBIT A

# Biography



## Andrew L. Sandler

*Partner*
*Skadden, Arps, Slate, Meagher & Flom LLP*
*Civil and Criminal Enforcement Matters and Complex Civil Litigation; Consumer Financial Services*

Andrew L. Sandler leads Skadden's Consumer Financial Services Enforcement and Litigation practice and is a member of the Criminal and Civil Litigation practice of the firm's Washington, D.C. office. He represents corporate clients, including banks, financial services companies, mortgage lenders, multifamily housing providers and insurers in civil and criminal investigations by the U.S. Department of Justice, Federal Trade Commission, U.S. Department of Housing and Urban Development, Securities and Exchange Commission, Financial Crimes Enforcement Network, federal and state bank regulatory agencies, state attorneys general, and other federal and state regulatory and enforcement agencies. Mr. Sandler's enforcement practice is focused on fair lending, financial products sales practices, mortgage fraud, privacy and information security, the U.S. Patriot Act and anti-money laundering matters.

Mr. Sandler also has an active complex civil litigation practice, having been the lead defense counsel in more than 50 class action cases in federal and state courts throughout the country representing banks, insurers, mortgage, credit card and auto lenders, and other financial services companies. Many of these matters have involved parallel government and private litigation and/or multiple class actions. Mr. Sandler also represents corporate clients in commercial litigation and arbitration proceedings.

Mr. Sandler has an extensive counseling practice and advises financial institutions in examinations and acquisition application reviews by federal and state bank regulatory agencies. He often counsels financial services firms on compliance issues related to a broad range of consumer financial products and services and with respect to due

Washington, D.C. Office
T: 202.371.7400
F: 202.661.8236

E: andrew.sandler@skadden.com

### Education

M.A., University of Warwick (U.K.) (Rotary Foundation Fellow), 1984

M.B.A., University of Pennsylvania, Wharton School of Economics, 1983

J.D., University of Pennsylvania, 1982

B.A., Union College, 1979

### Admissions

U.S. Court of Appeals for the First, Seventh, Eighth, Tenth and D.C. Circuits;
U.S. District Court, District of Columbia;
U.S. District Court, District of Maryland

# Biography

diligence related to acquisitions, loan securitizations and warehouse lending activities. Mr. Sandler regularly advises financial services trade organizations.

Recently, much of Mr. Sandler's enforcement, litigation and counseling practice has focused on representing lenders, servicers and other financial institutions on issues related to the difficulties in the subprime mortgage industry.

Mr. Sandler was selected for inclusion in *Chambers USA: America's Leading Lawyers for Business 2008*. He is a frequent speaker and author on enforcement, litigation, due diligence and compliance issues.

### *Professional Organizations*

- ABA Consumer & Personal Rights Litigation Committee, Co-Chair, 2006-present

- ABA Banking Law Committee (Vice Chair 2002-2005; Chair, Retail and Consumer Banking Subcommittee 1999-2002)

- ABA Consumer Financial Services Committee; Mortgage Bankers Association (Legal Affairs Committee; HMDA Issues Coordinating Counsel)

### *Associations / Affiliations*

- President, Board of Directors, Financial Literacy Education Foundation
- National Board of Directors, The Wellness Community

### *Authorships*

- "Nontraditional Mortgage Products: The New Enforcement, Regulatory, and Litigation Frontier," *The Review of Banking & Financial Services*, November 2007
- "Weathering the Subprime Storm," *American Securitization*, Summer 2007
- *Consumer Financial Services* October 2001

# EXHIBIT B

# Biography



## Benjamin B. Klubes

*Partner*
*Skadden, Arps, Slate, Meagher & Flom LLP*
*Civil and Criminal Litigation and Government Enforcement*

Benjamin B. Klubes, a partner in Skadden's Washington, D.C. office and a member of the Civil and Criminal Litigation and Government Enforcement practice, represents corporate clients in federal and state enforcement agency investigations and litigation, as well as in private civil and class action litigation. He also conducts corporate internal investigations and advises companies with respect to compliance issues and programs.

Mr. Klubes has an active enforcement and litigation practice representing a variety of financial institutions and insurers in investigations by the Department of Justice, Federal Trade Commission, Department of Housing and Urban Development, and state attorneys general, as well as in private class action litigation concerning the Fair Housing Act, the Equal Credit Opportunity Act, the Civil Rights Act, unfair and deceptive trade practices statutes and privacy law claims. He has assisted in the implementation of compliance programs for numerous corporations in a variety of business areas, including the financial services industry, relating to fair lending, federal mortgage lending and privacy laws, mortgage fraud, the Bank Secrecy Act, and the Foreign Corrupt Practices Act. Mr. Klubes also has represented mortgage lenders and servicers in subprime-related matters including class action, enforcement and regulatory proceedings.

Representative matters include:

- *Federal Trade Commission v. Associates First Capital Corp.* (N.D. Ga. 2001) – the largest FTC consumer protection lending lawsuit and settlement;

Washington, D.C. Office
T: 202.371.7508
F: 202.661.8296

E: benjamin.klubes@skadden.com

### Education

J.D., Harvard Law School, 1990 (*magna cum laude*)

B.A., George Washington University, 1987 (*summa cum laude*)

### Admissions

District of Columbia
Maryland
U.S. Supreme Court
U.S. Court of Appeals, District of Columbia Circuit
U.S. District Court, District of Columbia; U.S. District Court, District of Maryland

# Biography

- *United States v. Associates National Bank* (D. Del. 1999) – the only actively litigated Department of Justice "fair lending" case;

- *Fitzgerald v. EquiCredit Corp.* (N.D. Miss 2002) – a statewide class action settlement of "predatory lending" claims; and

- *Livingston v. Associates Finance, Inc.*, 339 F.3d 553 (7th Cir. 2001) – an arbitration agreement enforced against a putative class representative.

Mr. Klubes also represents corporations and individuals in criminal and related civil matters, including independent counsel investigations, grand jury proceedings, suspension and debarment matters and False Claims Act actions. Mr. Klubes served as an Assistant Independent Counsel from 1995 through 1997. Representative matter:

- *United States v. AmSouth Bancorporation* – a deferred prosecution agreement with one count Bank Secrecy Act information for failure to file Suspicious Activity Reports.

Mr. Klubes is a co-author of *Consumer Financial Services*, a leading treatise in the area, and has written numerous articles on topics such as fair lending, non-prime lending compliance risk management, insurance access, corporate compliance programs, voluntary disclosure programs, grand jury and inspector general investigations, joint defense agreements and the federal sentencing guidelines. Mr. Klubes also is a frequent speaker on enforcement, litigation and compliance issues regarding the consumer financial services industry.

### *Honors*
- Outstanding Achievement Award in Public Accommodations, Washington Lawyer's Committee for Civil Rights and Urban Affairs, June 2004

### *Associations / Affiliations*
- Board of Directors, Washington Lawyers Committee for Civil Rights and Urban Affairs
- Board of Advisors, Foreign Corrupt Practices Act Reporter
- Barrister, Edward Bennett Williams Inn of Court

### *Authorships*
- "Nontraditional Mortgage Products: The New Enforcement,

# Biography

Regulatory, and Litigation Frontier," *The Review of Banking & Financial Services*, November 2007

- "Weathering the Subprime Storm," *American Securitization*, Summer 2007

- "Health Care Fraud and Abuse Alert," *Skadden, Arps, Slate, Meagher & Flom LLP*, August 17, 2005

- "New Home Mortgage Disclosure Act Pricing Data: The Next Enforcement and Litigation Front for Lenders," *The Review of Banking & Financial Services*, Vol. 21, No. 6 (June 2005) (co-authored with Benjamin P. Saul)

- "Avoiding The Pitfalls of Responding to Subpoenas," *ABA Bank Compliance*, Vol. 26, No. 7 (July/August 2005)

- "Due-Diligence Reviews of Non-Prime Lenders," *The Review of Banking & Financial Services*, Vol. 19, No. 9 (Nov. 2003)

- *Consumer Financial Services* October 2001

- "A Practical Guide for Health Care Providers and Medical Product Manufacturers When Responding to a Grand Jury or Inspector General Subpoena for Corporate Records," *American Bar Association National Institute: Health Care Fraud 1994*, Tab D (1994)

- "Inspector General Subpoenas: A Guide For Company Counsel," 7 *BNA Criminal Practice Manual* 580 (November 24, 1993)

WWW.SKADDEN.COM

# EXHIBIT C



# Biography

## Leslie J. Abrams

*Associate*
*Skadden, Arps, Slate, Meagher & Flom LLP*
*Litigation*

Leslie J. Abrams is an associate in the Litigation Group in the Washington, D.C. office of Skadden, Arps. As a litigation associate, Ms. Abrams represents corporate clients in federal and state enforcement agency investigations and litigation, as well as in private civil and class action litigation. She also conducts corporate internal investigations and advises companies with respect to compliance issues. Ms. Abrams has represented companies in the financial and insurance sectors in investigations by the Securities and Exchange Commission, state departments of insurance and state attorneys general, as well as in private class action litigation concerning the Real Estate Settlement Procedures Act, Fair Housing Act, the Equal Credit Opportunity Act, unfair and deceptive trade practices statutes and various state insurance laws. Ms. Abrams' recent *pro bono* efforts include representing victims of predatory lending schemes in the District of Columbia and Georgia.

Prior to joining Skadden, Ms. Abrams clerked for Judge Marvin J. Garbis on the United States District Court for the District of Maryland.

Ms. Abrams is a 2002 graduate of Yale Law School. She received a joint bachelors degree in Public Policy and African American Studies from Brown University in 1997 and did course work in Public Policy at the University of Michigan in 1998.

Washington, D.C. Office

T: 202.371.7977
F: 202.661.9007

E: leslie.abrams@skadden.com

### Education

J.D., Yale Law School, 2002

B.A., Brown University, 1997

### Admissions

District of Columbia

# EXHIBIT D

# Biography



## Keba U. Riley

*Associate*
*Skadden, Arps, Slate, Meagher & Flom LLP*
*Mergers and Acquisitions*

Keba U. Riley is an associate in the Mergers and Acquisitions practice in the Washington, D.C. office of Skadden, Arps, Slate, Meagher & Flom, LLP. As a corporate associate, Ms. Riley advises clients on a range of corporate and securities matters, including securities law compliance and disclosure issues, and participates in representing clients in various corporate transactions, such as private equity investments and other acquisitions. As a former litigation associate at Skadden, Ms. Riley also has experience representing and advising corporations and their officers, directors and employees in connection with responding to government subpoenas in connection with an investigation relating to the Foreign Corrupt Practices Act, advising public company boards and audit committees in internal investigations in response to allegations of accounting irregularities and other governance matters, and a broad range of other complex civil litigation matters.

Ms. Riley's recent *pro bono* efforts include representing a predatory lending victim in all aspects of her case as well as providing legal information to customers at the Landlord Tenant Resource Center at the Superior Court of the District of Columbia.

Prior to joining Skadden, Keba clerked for Magistrate Judge Charles B. Day on the United States District Court for the District of Maryland.

Ms. Riley graduated *magna cum laude* from the Howard University School of Law in 2002. During her tenure at Howard Law, she served as the Editor In Chief of the *Howard Law Journal*. Ms. Riley holds a B.S. in Accounting from the University of Maryland College Park and has also worked as a financial statement auditor with the accounting and professional services firm of Ernst & Young, LLP. Ms. Riley is a Certified Public Accountant (currently on inactive status) in the State of Maryland.

Washington, D.C. Office

T: 202.371.7274
F: 202.661.9174
E: keba.riley@skadden.com

*Education*

J.D., Howard University School of Law, 2002

B.S., University of Maryland, 1996

*Admissions*

District of Columbia
New York
New Jersey

# EXHIBIT E

# Biography

## Valerie L. Hletko

*Associate*
*Skadden, Arps, Slate, Meagher & Flom LLP*
*Litigation*

Valerie L. Hletko is a litigation associate in the Washington, D.C. office of Skadden, Arps. Ms. Hletko principally practices in the consumer financial services litigation and enforcement group, representing and advising clients in connection with government investigations, regulatory proceedings and civil litigation.

Prior to joining Skadden, Ms. Hletko was a litigation associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP in New York.

Ms. Hletko graduated from the University of Chicago Law School in 2001. She holds a B.A. in Religion from Kenyon College and an M.T.S. in the Philosophy of Religion from Harvard University.

Washington, D.C. Office

T: 202.371.7343
F: 202.661.9043

E: valerie.hletko@skadden.com

### Education

J.D., The University of Chicago Law School , 2001

M.T.S., Harvard University, 1998

B.A., Kenyon College, 1995

### Admissions

New York
District of Columbia

# EXHIBIT F

# THE NATIONAL LAW JOURNAL

Select '**Print**' in your browser menu to print this document.

©**2008 National Law Journal Online**
Page printed from: http://www.nlj.com

Back to Article

---

## A nationwide sampling of law firm billing rates

December 10, 2007

The National Law Journal *asked the respondents to its 2007 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information — including some firms that are not in the NLJ 250 — are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.*

**A-F**   G-L    M-R    S-W

**Adams and Reese (256)**
(New Orleans)
Partners $225-$500 (average $305) (median $300)
Associates $165-$255 (average $198) (median $197)
Firmwide (average $278) (median $275)

**Andrews Kurth (396)**
(Houston)
Partners $400-$795
Associates $210-$460

**Arent Fox (329)**
(Washington)
Partners $395-$675
Associates $240-$440

**Armstrong Teasdale (279)**
(St. Louis)
Partners $295-$450
Associates $165-$295

**Baker, Donelson, Bearman, Caldwell & Berkowitz (523)**
(Memphis, Tenn.)
Partners $230-$525 (average $325) (median $320)
Associates $160-$315 (average $205) (median $200)
Firmwide (average $280) (median $270)

**Barnes & Thornburg (440)**
(Indianapolis)
Partners $265-$485 (average $350) (median $355)
Associates $180-$295 (average $225) (median $220)
Firmwide (average $302) (median $310)

**Bass, Berry & Sims (217)**
(Nashville, Tenn.)
Partners $300-$575

Associates $180-$285

**Best Best & Krieger (195)**
(Riverside, Calif.)
Partners $290-$495 (average $275) (median $390)
Associates $160-$350 (average $203) (median $235)
Firmwide (average $212) (median $265)

**Bond, Schoeneck & King (167)**
(Syracuse, N.Y.)
Partners $200-$435 (average $294) (median $295)
Associates $140-$250 (average $179) (median $175)
Firmwide (average $253) (median $300)

**Bradley Arant Rose & White (242)**
(Birmingham, Ala.)
Partners $240-$520 (average $335) (median $330)
Associates $180-$280 (average $211) (median $205)
Firmwide (average $258) (median $260)

**Briggs and Morgan (178)**
(Minneapolis)
Partners $250-$500 (average $391) (median $395)
Associates $195-$325 (average $233) (median $230)
Firmwide (average $344) (median $350)

**Brinks Hofer Gilson & Lione (158)**
(Chicago)
Partners $300-$650 (average $479) (median $485)
Associates $180-$410 (average $273) (median $250)
Firmwide (average $365) (median $350)

**Broad and Cassel (175)**
(Orlando, Fla.)
Partners $250-$450 (average $361) (median $360)
Associates $165-$310 (average $232) (median $225)
Firmwide (average $294) (median $275)

**Brownstein Hyatt Farber Schreck (177)**
(Denver)
Partners $260-$675 (average $373) (median $390)
Associates $170-$270 (average $219) (median $217.5)
Firmwide (average $308) (median $325)

**Bryan Cave (847)**
(St. Louis)
Partners $320-$695 (average $493) (median $490)
Associates $165-$495 (average $295) (median $295)
Firmwide (average $394) (median $375)

**Buchanan Ingersoll & Rooney (561)**
(Pittsburgh)
Partners $320-$750
Associates $150-$460

**Bullivant Houser Bailey (160)**
(Portland, Ore.)
Partners $225-$500 (average $285) (median $275)
Associates $150-$350 (average $240) (median $220)
Firmwide (average $260) (median $250)

**Burr & Forman (182)**
(Birmingham, Ala.)
Partners $250-$470 (average $340)

Associates $175-$305 (average $235)

**Butzel Long (232)**
(Detroit)
Partners $210-$575
Associates $155-$350

**Carlton Fields (259)**
(Tampa, Fla.)
Partners $280-$600 (average $406) (median $405)
Associates $190-$375 (average $243) (median $245)
Firmwide (average $312) (median $300)

**Cooley Godward Kronish (567)**
(Palo Alto, Calif.)
Partners $470-$875
Associates $250-$555

**Covington & Burling (608)**
(Washington)
Partners $510-$800
Associates $240-$525

**Cozen O'Connor (476)** (Philadelphia)
Partners $230-$750 (average $420) (median $425)
Associates $155-$530 (average $283) (median $280)
Firmwide (average $350) (median $340)

**Curtis, Mallet-Prevost, Colt & Mosle (221)**
(New York)
Partners $635-$735 (average $666) (median $685)
Associates $280-$560 (average $361) (median $360)
Firmwide (average $396) (median $480)

**Davis Wright Tremaine (449)**
(Seattle)
Partners $300-$695 (average $430) (median $422)
Associates $170-$390 (average $257) (median $250)
Firmwide (average $375) (median $375)

**Day Pitney (400)**
(Florham Park, N.J.)
Partners $350-$650 (average $472) (median $465)
Associates $210-$525 (average $306) (median $310)
Firmwide (average $374) (median $375)

**Dickinson Wright (234)**
(Detroit)
Partners $260-$530
Associates $170-$275

**Dickstein Shapiro (388)**
(Washington)
Partners $425-$825 (average $552) (median $550)
Associates $225-$440 (average $336) (median $360)
Firmwide (average $438) (median $425)

**Dinsmore & Shohl (316)**
(Cincinnati)
Partners $235-$475 (average $342) (median $340)
Associates $155-$285 (average $199) (median $190)
Firmwide (average $275) (median $250)

**Dorsey & Whitney (649)**

(Minneapolis)
Partners $220-$750 (average $463) (median $463)
Associates $145-$470 (average $274) (median $260)
Firmwide (average $375) (median $365)

**Duane Morris (612)**
(Philadelphia)
Partners $315-$705 (average $475) (median $470)
Associates $150-$465 (average $310) (median $305)
Firmwide (average $416) (median $415)

**Dykema Gossett (338)**
(Detroit)
Partners $245-$625 (average $403)
Associates $185-$390 (average $272)

**Edwards Angell Palmer & Dodge (564)**
(Boston)
Partners $350-$700 (average $515) (median $513)
Associates $170-$450 (average $293) (median ($280)
Firmwide (average $407) (median $400)

**Epstein Becker & Green (384)**
(New York)
Partners $280-$675 (average $471) (median $475)
Associates $155-$440 (average $290) (median $280)
Firmwide (average $380) (median $395)

**Fenwick & West (223)**
(Mountain View, Calif.)
Partners $500-$775 (average $590) (median $600)
Associates $245-$500 (average $360) (median $370)
Firmwide (average $395) (median $410)

**Foley & Lardner (1,011)**
(Milwaukee)
Partners (average $550) (median $550)
Associates (average $387) (median $375)
Firmwide $185-$855
(average $476) (median $475)

**Ford & Harrison (190)**
(Atlanta)
Partners $325-$560
Associates $210-$395

**Fowler White Boggs Banker (209)**
(Tampa, Fla.)
Partners $230-$500 (average $345) (median $340)
Associates $150-$325 (average $217) (median $210)
Firmwide (average $303) (median $300)

**Fox Rothschild (417)**
(Philadelphia)
Partners $240-$595
Associates $190-$440

**Frost Brown Todd (360)**
(Cincinnati)
Partners $225-$455 (average $303) (median $295)
Associates $145-$255 (average $180) (median $170)
Firmwide (average $256) (median $255)

G-L

**Gardere Wynne Sewell (284)**
(Dallas)
Partners $350-$715 (average $472) (median $475)
Associates $220-$425 (average $292) (median $265)
Firmwide (average $405) (median $405)

**GrayRobinson (205)**
(Orlando, Fla.)
Partners $175-$500 (average $319)
Associates $250 (average $198)
Firmwide (average $224)

**Greenberg Traurig (1,766)**
(New York)
Partners $300-$1,000 (average $490) (median $500)
Associates $175-$505 (average $311) (median $310)
Firmwide (average $407) (median $415)

**Harris Beach (184)**
(Rochester, N.Y.)
Partners $250-$475
Associates $140-$275

**Hiscock & Barclay (172)**
(Syracuse, N.Y.)
Partners $220-$375 (average $278) (median $280)
Associates $160-$250 (average $185) (median $180)
Firmwide (average $245) (median $250)

**Hodgson Russ (229)**
(Buffalo, N.Y.)
Partners $215-$645 (average $337) (median $350)
Associates $155-$395 (average $219) (median $205)
Firmwide (average $254) (median $250)

**Hogan & Hartson (1,092)**
(Washington)
Partners $300-$850 (average $600) (median $590)
Associates $150-$525 (average $385) (median $370)
Firmwide (average $490)

**Holland & Hart (347)**
(Denver)
Partners $275-$585 (average $388) (median $385)
Associates $165-$345 (average $269) (median $275)
Firmwide (average $335) (median $335)

**Holme Roberts & Owen (224)**
(Denver)
Partners $285-$635 (average $412) (median $410)
Associates $195-$420 (average $284) (median $265)
Firmwide (average $353) (median $345)

**Howard Rice Nemerovski Canady Falk & Rabkin (114)**
(San Francisco)
Partners $495-$775
Associates $275-$485

**Hughes Hubbard & Reed (343)**
(New York)
Partners $595-$825
Associates $240-$560

**Husch & Eppenberger (332)**
(St. Louis)
Partners $190-$425 (average $297) (median $295)
Associates $130-$260 (average $179) (median $175)
Firmwide (average $248) (median $245)

**Jackson Lewis (416)**
(White Plains, N.Y.)
Partners $235-$575
Associates $210-$450

**Jenner & Block (495)**
(Chicago)
Partners $450-$900 (average $562) (median $525)
Associates $275-$425 (average $327) (median $325)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (230)**
(New Orleans)
Partners $210-$600
Associates $150-$225

**Kelley Drye & Warren (390)**
(New York)
Partners $400-$800
Associates $255-$500

**Knobbe, Martens, Olson & Bear (208)**
(Irvine, Calif.)
Partners $340-$645
Associates $215-$420

**Lane Powell (175)**
(Seattle)
Partners $300-$515 (average $370) (median $370)
Associates $205-$300 (average $255) (median $255)
Firmwide (average $345) (median $345)

**Lathrop & Gage (271)**
(Kansas City, Mo.)
Partners $225-$450 (average $300) (median $300)
Associates $140-$300 (average $185) (median $185)
Firmwide (average $215) (median $260)

**Leonard, Street and Deinard (199)**
(Minneapolis)
Partners $300-$500
Associates $185-$300

**Lewis, Rice & Fingersh (165)**
(St. Louis)
Partners $240-$425
Associates $130-$295

**Lindquist & Vennum (174)**
(Minneapolis)
Partners $260-$500
Associates $165-$260

**Locke Liddell & Sapp (421)**
(Dallas)
Partners $375-$900 (average $488) (median $490)
Associates $190-$390 (average $281) (median $280)
Firmwide (average $399) (median $425)

**Loeb & Loeb (280)**
(Los Angeles)
Partners $425-$875 (average $606) (median $600)
Associates $240-$500 (average $384) (median $400)
Firmwide (average $505) (median $500)

**Lord, Bissell & Brook (290)**
(Chicago)
Partners $335-$690 (average $473) (median $475)
Associates $200-$410 (average $299) (median $300)
Firmwide (average $410) (median $415)

**Lowenstein Sandler (271)**
(Roseland, N.J.)
Partners $380-$725
Associates $205-$395

**Luce, Forward, Hamilton & Scripps (186)**
(San Diego)
Partners $325-$725 (average $465) (median $475)
Associates $220-$450 (average $281) (median $280)
Firmwide (average $381) (median $395)

M-R

**Manatt, Phelps & Phillips (320)**
(Los Angeles)
Partners $520-$785 (average $600) (median $590)
Associates $265-$480 (average $395) (median $415)
Firmwide (average $518) (median $550)

**Marshall, Dennehey, Warner, Coleman & Goggin (379)**
(Philadelphia)
Partners $135-$400
Associates $120-$300

**McCarter & English (400)**
(Newark, N.J.)
Partners $325-$650
Associates $205-$395

**McElroy, Deutsch, Mulvaney & Carpenter (238)**
(Morristown, N.J.)
Partners $295-$450 (average $250) (median $235)
Associates $135-$225 (average $180) (median $165)
Firmwide (average $195) (median $215)

**McKee Nelson (224)**
(New York)
Partners $635-$920 (average $760) (median $755)
Associates $375-$595 (average $446) (median $455)
Firmwide (average $489) (median $475)

**Michael Best & Friedrich (224)**
(Milwaukee)
Partners $225-$550 (average $363) (median $350)
Associates $185-$300 (average $234) (median $235)
Firmwide (average $321) (median $325)

**Miles & Stockbridge (212)**
(Baltimore)
Partners $315-$535 (average $397)
Associates $205-$405 (average $260)

**Miller, Canfield, Paddock and Stone (378)**
(Detroit)
Partners $265-$595 (average $400) (median $400)
Associates $160-$340 (average $225) (median $220)
Firmwide (average $285) (median $335)

**Miller & Martin (185)**
(Chattanooga, Tenn.)
Partners $230-$580 (average $338) (median $340)
Associates $160-$295 (average $201) (median $195)
Firmwide (average $306) (median $320)

**Montgomery, McCracken, Walker & Rhoads (136)**
(Philadelphia)
Partners $320-$575 (average $419)
Associates $195-$320 (average $260)
Firmwide (average $360)

**Moore & Van Allen (284)**
(Charlotte, N.C.)
Partners $265-$765
Associates $175-$330

**Morgan, Lewis & Bockius (1,384)**
(Philadelphia)
Partners $375-$850
Associates $200-$575

**Morris, Manning & Martin (170)**
(Atlanta)
Partners $350-$625 (average $436) (median $395)
Associates $180-$400 (average $285) (median $310)
Firmwide (average $380) (median $440)

**Nexsen Pruet Adams Kleemeier (171)**
(Columbia, S.C.)
Partners $220-$420
Associates $150-$250

**Ogletree, Deakins, Nash, Smoak & Stewart (392)**
(Greenville, S.C.)
Partners $270-$575 (average $348)
Associates $200-$360 (average $256)
Firmwide (average $312)

**Patton Boggs (518)**
(Washington)
Partners $320-$920 (average $536) (median $525)
Associates $205-$520 (average $375) (median $385)
Firmwide (average $456) (median $455)

**Pepper Hamilton (500)**
(Philadelphia)
Partners $335-$750
Associates $200-$425

**Perkins Coie (619)**
(Seattle)
Partners $205-$805
Associates $145-$500

**Phelps Dunbar (280)**
(New Orleans)
Partners $170-$450 (average $243)

Associates $130-$205 (average $174) (median $175)
Firmwide (average $184)

**Phillips Lytle (173)**
(Buffalo, N.Y.)
Partners $245-$435 (average $309) (median $300)
Associates $140-$300 (average $205) (median $205)
Firmwide (average $223) (median $215)

**Polsinelli Shalton Flanigan Suelthaus (316)**
(Kansas City, Mo.)
Partners $250-$600
Associates $175-$250

**Quarles & Brady (472)**
(Milwaukee)
Partners $260-$575 (average $377) (median $375)
Associates $185-$335 (average $233) (median $235)
Firmwide (average $319) (median $325)

**Reed Smith (1,447)**
(Pittsburgh)
Partners $350-$825 (average $558) (median $525)
Associates $200-$510 (average $374) (median $350)
Firmwide (average $395) (median $385)

**Robinson & Cole (209)**
(Hartford, Conn.)
Partners $340-$575 (average $424) (median $420)
Associates $200-$325 (average $295) (median $280)
Firmwide (average $328) (median $330)

**Roetzel & Andress (221)**
(Akron, Ohio)
Partners $210-$460 (average $302) (median $300)
Associates $110-$275 (average $198) (median $200)
Firmwide (average $264) (median $260)

**Rutan & Tucker (149)**
(Costa Mesa, Calif.)
Partners $335-$600
Associates $210-$350

S-W

**Saul Ewing (247)** (Philadelphia)
Partners $315-$750 (average $426) (median $415)
Associates $180-$485 (average $273) (median $255)
Firmwide (average $357) (median $365)

**Schnader Harrison Segal & Lewis (184)**
(Philadelphia)
Partners $240-$750
Associates $175-$385

**Schulte Roth & Zabel (461)** (New York)
Partners $650-$850 (average $724) (median $745)
Associates $235-$585 (average $435) (median $440)

**Sheppard, Mullin, Richter & Hampton (428)**
(Los Angeles)
Partners $425-$795
Associates $260-$550

**Shughart Thomson & Kilroy (172)**
(Kansas City, Mo.)
Partners $235-$475
Associates $160-$225

**Shumaker, Loop & Kendrick (171)**
(Toledo, Ohio)
Partners $200-$465 (average $311) (median $305)
Associates $180-$360 (average $221) (median $220)
Firmwide (average $289) (median $300)

**Sills Cummis Epstein & Gross (178)**
(Newark, N.J.)
Partners $350-$650
Associates $195-$375

**Smith, Gambrell & Russell (185)** (Atlanta)
Partners $250-$575
Associates $175-$345

**Snell & Wilmer (438)** (Phoenix)
Partners $275-$675 (average $390)
Associates $170-$390 (average $248)

**Steptoe & Johnson PLLC (180)**
(Clarksburg, W.Va.)
Partners $200-$325
Associates $170-$250

**Stinson Morrison Hecker (352)**
(Kansas City, Mo.)
Partners $230-$600 (average $333) (median $365)
Associates $175-$250 (average $207) (median $225)
Firmwide (average $295) (median $285)

**Stoel Rives (342)** (Portland, Ore.)
Partners $275-$500 (average $379) (median $375)
Associates $160-$350 (average $231) (median $230)
Firmwide (average $324) (median $330)

**Strasburger & Price (178)** (Dallas)
Partners $225-$560 (average $367) (median $363)
Associates $200-$395 (average $234) (median $223)
Firmwide (average $326) (median $322)

**Sullivan & Worcester (170)** (Boston)
Partners $415-$700 (average $550) (median $540)
Associates $245-$420 (average $309) (median $290)
Firmwide (average $438) (median $440)

**Sutherland Asbill & Brennan (511)**
(Atlanta)
Partners $375-$715 (average $511) (median $500)
Associates $215-$415 (average $292) (median $280)
Firmwide (average $335) (median $305)

**Thacher Proffitt & Wood (310)**
(New York)
Partners $525-$785 (average $674) (median $700)
Associates $275-$495 (average $353) (median $365)
Firmwide (average $428) (median $395)

**Thompson Coburn (320)**
(St. Louis)

Partners $265-$580
Associates $170-$370

**Thompson & Knight (414)**
(Dallas)
Partners $370-$730 (average $496) (median $485)
Associates $205-$370 (average $295) (median $310)
Firmwide (average $415) (median $400)

**Ulmer & Berne (174)**
(Cleveland)
Partners $240-$470 (average $343)
Associates $165-$290 (average $212)
Firmwide (average $280)

**Vedder, Price, Kaufman & Kammholz (255)**
(Chicago)
Partners $335-$650 (average $430) (median $425)
Associates $205-$410 (average $281) (median $370)
Firmwide (average $372) (median $365)

**Wiggin and Dana (146)**
(New Haven, Conn.)
Partners $295-$590
Associates $195-$350

**Williams Mullen (314)**
(Richmond, Va.)
Partners $300-$600
Associates $205-$425

**Wilmer Cutler Pickering Hale and Dorr (1,051)**
(Washington)
Partners $475-$1,000
Associates $215-$495

**Winstead (306)**
(Dallas)
Partners $345-$620
Associates $180-$360

**Winston & Strawn (912)**
(Chicago)
Partners $400-$845 (average $608
capital partner/$515 income partner) (median $640 capital partner/$585
income partner)
Associates $200-$590 (average $365) (median $395)
Firmwide (average $455) (median $523)

**Womble Carlyle Sandridge & Rice (510)**
(Winston-Salem, N.C.)
Partners $290-$575 (average $426) (median $425)
Associates $195-$370 (average $268) (median $265)
Firmwide (average $355) (median $360)

# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LESLIE GRIFFITH,                          )
                                          )
                 Plaintiff,               )        Case No. 1:06CV01648
                                          )        (HHK) (JMF)
        v.                                )
                                          )
PAUL BARNES, *et al.*,                    )
                                          )
                 Defendants.              )
                                          )
_____   )

### AFFIDAVIT OF
### GREGORY E. SMITH

Gregory E. Smith being duly sworn, deposes and says:

1. I am a Director with LECG, LLC. My business address is 1725 Eye Street, NW, Washington, DC 20006. I am a Certified Public Accountant.

2. I was retained by counsel for Leslie Griffith ("Plaintiff") in the above captioned matter to determine any damages due to the alleged actions of Paul Barnes, Michael Brown, and IREIS, LLC. I prepared an Expert Report Dated April 8, 2008 (the "Expert Report"), and testified in Court on April 15, 2008.

3. In conjunction with an application for an award of attorneys' fees in this matter, counsel for Ms. Griffith have asked me to calculate an appropriate hourly rate for attorneys with more than 20 years experience for the 12 month period beginning in June 2007. Specifically, I have been asked to assume that the appropriate hourly rate for an attorney with this level of experience in the year covering June 1988 through May 1989 was $265. And I have been asked to update this rate by applying the increases in the consumer price index for legal services to the year beginning June 2007.

4. I obtained the data for the consumer price index for legal services from the U.S. Department of Labor's Bureau of Labor Statistics. The index used was for all U.S. cities for legal services.[1]

5. My calculations are set forth in Attachment 1. For each year, I calculated the percentage change in the legal services consumer price index, then increased the hourly billing rate by that percentage. As shown on Attachment 1, these calculations yield an hourly rate of $645 in the year starting in June 2007 for an attorney with more than 20 years of experience.

6. The data I obtained from the Bureau of Labor Statistics for use in the calculations described above is set forth in Attachment 2.

7. I hereby affirm that the information provided herein is true and accurate to the best of my knowledge.

Executed on:

_____9/4/08_____
　　Date

_____
Gregory E. Smith

City of Washington
District of Columbia

　　　　Subscribed and sworn to before me, _____, a Notary Public for the District of Columbia, this 4th day of September, 2008.

_____
Notary Public
My Commission Expires: 6/14/13

---

[1] Series id CUUR0000SEGDO1, Not Seasonally Adjusted, US City Average, Legal Services, 1986 = 100, found at http://www.bls.gov/data/#prices

2

Calculation of Hourly Rates for Legal Services
Based on Updated Laffey Matrix and Legal Services CPI

| Year Beginning | June Legal Services CPI a/ | Percentage Increase b/ | Experience 20 + Years c/ |
|---|---|---|---|
| Jun-88 | 107.10 |  | $ 265 |
| Jun-89 | 114.60 | 7.00% | 284 |
| Jun-90 | 123.70 | 7.94% | 306 |
| Jun-91 | 129.20 | 4.45% | 320 |
| Jun-92 | 135.80 | 5.11% | 336 |
| Jun-93 | 143.30 | 5.52% | 355 |
| Jun-94 | 146.70 | 2.37% | 363 |
| Jun-95 | 151.40 | 3.20% | 375 |
| Jun-96 | 157.40 | 3.96% | 389 |
| Jun-97 | 164.00 | 4.19% | 406 |
| Jun-98 | 171.20 | 4.39% | 424 |
| Jun-99 | 179.60 | 4.91% | 444 |
| Jun-00 | 189.10 | 5.29% | 468 |
| Jun-01 | 196.80 | 4.07% | 487 |
| Jun-02 | 211.10 | 7.27% | 522 |
| Jun-03 | 221.80 | 5.07% | 549 |
| Jun-04 | 231.90 | 4.55% | 574 |
| Jun-05 | 241.80 | 4.27% | 598 |
| Jun-06 | 248.00 | 2.56% | 614 |
| Jun-07 | 260.77 | 5.15% | **645** |
| Jun-08 | 271.24 | 4.01% | 671 |

a/ Legal Services CPI index obtained from the U.S. Labor Department Bureau of Labor Statistics
  Series id CUUR0000SEGDO1, Not Seasonally Adjusted, US City Average, Legal Services
  1986 = 100 found at http://www.bls.gov/data/#prices.
b/ Percentage increase equals [current year cpi - prior year cpi] / prior year cpi
c/ Base year is assumed to be $265 for attorneys with greater than 20 years experience.

Bureau of Labor Statistics Data

 **U.S. Department of Labor**



*www.bls.gov*    Search: All BLS.gov    **for:**

Search

 Bureau of Labor Statistics

Newsroom |
Tutorials |
Release
Calendar

Home    Subject Areas    Databases & Tables    Publications

Economic Releases                    A - Z Index | About BLS

# Databases, Tables & Calculators by Subject

FONT SIZE:

**Change Output Options:** From: 1986 To: 2008 GO

☐ include graphs **NEW!**    More Formatting Options ➡

Data extracted on: September 4, 2008 (10:33:09 AM)

**Consumer Price Index - All Urban Consumers**

Series Id:    CUSR0000SEGD01
Seasonally Adjusted
Area:         U.S. city average
Item:         Legal services
Base Period:  DECEMBER 1986=100

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2001 | 193.8 | 194.3 | 194.9 | 195.6 | 196.2 | 196.8 | 199.6 | 202.9 | 203.2 | 204.9 |
| 2002 | 207.3 | 208.2 | 209.0 | 209.3 | 210.5 | 211.1 | 211.3 | 211.8 | 212.3 | 212.9 |
| 2003 | 216.4 | 218.4 | 220.3 | 220.6 | 221.0 | 221.7 | 222.1 | 222.4 | 223.2 | 223.9 |
| 2004 | 226.8 | 228.0 | 229.5 | 230.5 | 231.0 | 231.8 | 232.6 | 233.7 | 234.5 | 235.2 |

Bureau of Labor Statistics Data

| 2005 | 238.7 | 238.0 | 238.5 | 239.0 | 241.6 | 241.8 | 243.1 | 243.3 | 243.6 | 243.8 |
| 2006 | 246.1 | 246.4 | 246.8 | 246.7 | 247.3 | 248.0 | 249.4 | 252.1 | 252.2 | 253.8 |
| 2007 | 256.015 | 256.427 | 257.507 | 258.766 | 259.985 | 260.854 | 260.872 | 261.290 | 262.617 | 262.59 |
| 2008 | 266.277 | 266.557 | 266.768 | 268.525 | 270.357 | 271.323 | 271.903 | | | |

Series Id:        CUUR0000SEGD01
Not Seasonally Adjusted
Area:             U.S. city average
Item:             Legal services
Base Period:      DECEMBER 1986=100

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 1986 | | | | | | | | | | |
| 1987 | 101.0 | 101.8 | 102.2 | 102.5 | 102.9 | 103.3 | 103.9 | 104.1 | 104.4 | 104.8 |
| 1988 | 105.6 | 106.1 | 106.7 | 106.8 | 106.9 | 107.1 | 107.9 | 108.3 | 108.5 | 108.8 |
| 1989 | 111.1 | 111.7 | 111.6 | 112.2 | 112.7 | 114.6 | 115.0 | 115.5 | 116.1 | 116.2 |
| 1990 | 117.7 | 118.2 | 120.4 | 120.9 | 123.4 | 123.7 | 123.8 | 123.8 | 124.4 | 124.8 |
| 1991 | 126.2 | 126.3 | 128.1 | 128.7 | 129.0 | 129.2 | 130.3 | 130.6 | 131.6 | 131.5 |
| 1992 | 134.7 | 135.8 | 136.4 | 135.9 | 135.6 | 135.8 | 136.1 | 136.1 | 136.7 | 137.1 |
| 1993 | 137.7 | 138.1 | 137.8 | 138.5 | 142.9 | 143.3 | 143.5 | 143.7 | 143.9 | 144.0 |
| 1994 | 145.5 | 145.7 | 146.1 | 146.3 | 146.3 | 146.7 | 146.8 | 146.8 | 146.9 | 147.9 |
| 1995 | 148.3 | 150.5 | 150.0 | 150.7 | 151.2 | 151.4 | 152.4 | 152.5 | 152.7 | 153.1 |
| 1996 | 153.5 | 153.7 | 155.0 | 156.0 | 157.3 | 157.4 | 158.0 | 158.3 | 158.6 | 158.6 |
| 1997 | 159.7 | 160.1 | 160.7 | 161.0 | 161.5 | 164.0 | 163.8 | 166.5 | 166.5 | 167.2 |
| 1998 | 168.6 | 169.9 | 170.2 | 170.5 | 171.1 | 171.2 | 171.3 | 171.9 | 172.9 | 173.8 |
| 1999 | 175.7 | 177.3 | 178.2 | 178.6 | 179.6 | 179.6 | 180.0 | 180.9 | 181.5 | 182.3 |
| 2000 | 184.9 | 185.6 | 186.0 | 187.8 | 188.7 | 189.1 | 190.2 | 191.0 | 191.5 | 192.2 |
| 2001 | 193.4 | 194.7 | 195.5 | 196.1 | 196.6 | 196.8 | 199.5 | 203.0 | 203.2 | 204.8 |
| 2002 | 207.0 | 208.6 | 209.7 | 209.7 | 210.9 | 211.1 | 211.2 | 211.8 | 212.3 | 212.7 |
| 2003 | 216.1 | 218.8 | 221.1 | 221.2 | 221.4 | 221.8 | 222.0 | 222.3 | 223.1 | 223.6 |
| 2004 | 226.5 | 228.4 | 230.3 | 231.1 | 231.5 | 231.9 | 232.5 | 233.6 | 234.3 | 234.8 |
| 2005 | 238.5 | 238.3 | 239.3 | 239.5 | 242.1 | 241.8 | 243.0 | 243.2 | 243.4 | 243.5 |
| 2006 | 246.0 | 246.6 | 247.4 | 247.1 | 247.8 | 248.0 | 249.4 | 252.1 | 252.1 | 253.6 |
| 2007 | 255.961 | 256.503 | 258.069 | 259.058 | 260.499 | 260.772 | 260.822 | 261.368 | 262.509 | 262.49 |
| 2008 | 266.221 | 266.634 | 267.350 | 268.828 | 270.892 | 271.236 | 271.852 | | | |

Bureau of Labor Statistics Data

## Quick Links

**Tools**
- At a Glance Tables
- Economic News Releases
- Databases & Tables
- Maps

**Calculators**
- Inflation
- Location Quotient
- Injury And Illness

**Help**
- Help & Tutorials
- A to Z Index
- FAQs
- Glossary
- About BLS
- Contact Us

**Info**
- What's New
- Careers @ BLS
- Find It! DOL
- Join our Mailing Lists
- Privacy & Security
- Linking & Copyright Information

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**

**bls.gov** 

**U.S. Bureau of Labor Statistics** 2 Massachusetts Avenue, NE Washington, DC 20212-0001

**www.bls.gov** | Telephone: (202) 691-5200 | Do you have a **Data question**?